# EXHIBIT A

**Michelle Kopfmann** <michelle.kopfmann@gmail.com>  Tue, Apr 8, 2025 at 11:43 AM
To: Cyd Beck <CBeck@namesandnumbers.com>

Yes, run it.
Sent from my iPhone

> On Apr 7, 2025, at 4:13 PM, Cyd Beck <CBeck@namesandnumbers.com> wrote:
>
> Hi..
> Me again.
> Attached is this year's contracts For your print and digital. Your print is with Arvig and your digital is with Names And Numbers..
> Total the two together it is the same exact as you paid last year.
> If you approve, please respond to this email yes go ahead and run it that will suffice as a signature and then I can call you for your credit card.
> If you have any questions, you can reach me at 520-405-0174
> Thx
> Cyd Beck
> <Image_250407_161232.jpeg>
> <Image_250407_161243.jpeg>
> <Image_250407_161304.jpeg>
> <Image_250407_161312.jpeg>

*[handwritten annotation: "This is our $ N+N"]*

Confidentiality Notice: This email message (including any attachments) is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of the original.

---

**Cyd Beck** <cbeck@namesandnumbers.com>  Tue, Apr 8, 2025 at 12:13 PM
To: Michelle Kopfmann <michelle.kopfmann@gmail.com>

Ok will do. I will call you later for the credit card info
Thx
Cyd
[Quoted text hidden]