# EXHIBIT B

**Names and Numbers** ★★★★★ Five Star Media

Cyd Beck <cbeck@namesandnumbers.com>

---

# RE: Refund

**Catlin Bolan** <catlin.bolan@ambientedge.com>                    Wed, Aug 6, 2025 at 11:33 AM
To: Cyd Beck <cbeck@namesandnumbers.com>

Hi Cyd,

Do you have a contact over there?

## Catlin Bolan

*Marketing Coordinator*

**Ambient Edge, LLC**

with Plumbing By Jake

AZ ROC 333029/333030 NV LIC# 0088094

**Main Phone:** (928) 718-1017 | **Fax:** (702) 825-5539



---

**From:** Cyd Beck <cbeck@namesandnumbers.com>
**Sent:** Tuesday, July 22, 2025 8:26 AM
**To:** Catlin Bolan <catlin.bolan@ambientedge.com>
**Subject:** Refund
**Importance:** High

[*** EXTERNAL EMAIL *** ]

Hi,

Cyd Beck here. I'm just checking to make sure you received the refund for the Kingman book.

The refund was because they went strictly digital in Kingman, but a Different company by the name of Arvig is going to put the book out this next go round.

InIn the meantime, as Names And Numbers has gone strictly digital in  the  Lake Havasu market Arvig Will and is already canvassing for that book . Same delivery date, same Distribution. A form of rebranding shall we say.

Names and numbers decided to go full digital and not put out a phonebook. I don't know why they didn't sell this part of the company, but they didn't. Leaving room for another company to move in and provide a book.

I am resigning from Names And Numbers in order to continue with print as that is what I know for the last 35 years.

Any further communication will be through my Arvig email  Who has been in business for 75 years they are a huge media company. They have billboards, print, digital, Cable and cell phone service. They originate out of Minnesota and have Phone books, nationwide. You can look them up at arvigmedia.com or Simply arvig.com.

Please look for a different email to review your ads listing, etc., that we will be moving over. I've already done this in two different markets, the White Mountains and Payson. White Mountain just hit the streets.

You can reach me at 520-405-0174 if you have any questions.

Thx

Cyd Beck

Confidentiality Notice: This email message (including any attachments) is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of the original.