# EXHIBIT C



Cyd Beck <cbeck@namesandnumbers.com>

## Payson phonebook/digital
3 messages

**Cyd Beck** <cbeck@namesandnumbers.com>  Mon, Apr 7, 2025 at 6:13 PM
To: Michelle Kopfmann <michelle.kopfmann@gmail.com>

Hi..
Me again.
 Attached is this year's contracts For your print and digital. Your print is with Arvig and your digital is with Names And Numbers..
Total the two together it is the same exact as you paid last year.
If you approve, please respond to this email yes go ahead and run it that will suffice as a signature and then I can call you for your credit card.
If you have any questions, you can reach me at 520-405-0174
Thx
Cyd Beck



**Names and Numbers** — Five Star Media
P.O. Box 1479 · Pittsburg, KS 66762
620-231-4000
www.namesandnumbers.com
customerservice@namesandnumbers.com

↑ DO NOT WRITE IN THIS SPACE ↑

| Book / Year | Account # | Contract # | Renewal # | Sales Rep | Page | Contract |
|---|---|---|---|---|---|---|
| PAYS25DIG | 396453 | 1078577 | | CBE | 1 / 1 | 1 / 1 |

**Billing/Mailing Address** ☐ Use As Delivery Address

Business Name: Pine Country Garage Doors
Attn: Michelle Kopfmann       Title:
Address: PO Box 22080
City: Mesa        State: AZ        Zip: 85277
Telephone: (928) 978-9553
E-MAIL: michelle.kopfmann@gmail.com
Cell Phone: 602-418-1218

**Location (Seen At)** ☐ Same As Billing ☐ Use As Delivery Address

Business Name:
Advertising Contact Person: Michelle Kopfmann       Title:
Address: 1197 Standage Dr
City: Payson        State: AZ        Zip: 85541
Telephone: (928) 978-9553
Web: www.pinecountrydoors.com
Fax:
TB:   HBD: WMTN   Work With Account #:

**Heading**

| Code | Description | UDAC | Dis Code | Rate | LAS # |
|---|---|---|---|---|---|
| C07080 | Contractors - General | ABLX | A | | 1 |
| D06600 | Door & Gate Operating Devices | ABLX | A | | 1 |
| GA1450 | Garage Doors & Openers - ~~Sales~~, Service & Repair | ABLR | A | | 1 |
| GA1450 | Garage Doors & Openers - Sales, Service & Repair | FPWP | A | | |
| WHITE | White Pages - Payson Area Businesses | WTC | | | 1 |
| SPEC | Special Positions | EZS | 2 DG | | |
| SPEC | Special Positions | ODP | 2 DG | | |
| ~~SPEC~~ | ~~Special Positions~~ | TAD | | | |

**LAS # 1 — Listing Info**

Pine Country Garage Doors
Serving The Rim Country & White Mountain Areas AZ    928-978-9553
www.pinecountrydoors.com

Charge Down Payment To Credit Card: ☐ YES ☐ NO
Charge Installments To Credit Card: ☐ YES ☐ NO
On The ___ Day Of The Each Month
Authorization #:

Annual Amount: 1488.
Cash Discount:
Sub-Total:
Tax:
Total:
Paid:
Balance:
Check #:
Pay Code:
# Installments:
T/Q:
Installment Amount:

Special Instructions: digital only

0000002679

The Applicant, through the Undersigned, who confirms their authority to act on behalf of the Applicant, agrees to the stated payments and Agreement. The terms and conditions on the back of this Application are part of the Agreement for placing digital advertising services in any Names & Numbers markets. This Application is not binding until Names & Numbers accepts it in writing. Once accepted, both parties are bound by its terms and conditions.

Authorized By (Please Print): _____   Title: _____
Applicant Signature: _____   Date: _____

## Advertising Contract

**arvig**

Publication: Payson
Sales Rep Contact #: 520 405 0174
Mail Payments to: PO Box 110 • Perham, MN 56573 | Customer Service: 888-442-8838

| Area Code | Telephone Number | Directory | Sales Area | Rep |
|---|---|---|---|---|
| 928 | 978 9553 | 26 | AZ | CBeck |

Name: Pine Country Garage Doors
Street Address: 1197 Standage Dr
City, State, Zip: Payson AZ 85541
Email: michelle.kopfmann@gmail.com
Fax:      Alt Pho: 602 418 1218
Support Rep: Michelle Kopfmann

Contact Number:
Billing Address: POB 22080
City, State, Zip: Payson AZ 85277
Web: pinecountrydoors.com
Call Tracking:

| Item | Heading/Description | Monthly Rate |
|---|---|---|
| FPC | Garage Doors & Openers - Sales - Service & Repair | $4456 |
| ABLR | " | 0 |
| AB2 | Contractors - general | 0 |
| AB2 | Door & gate Operating Devices | 0 |
| SWLL | white pages | 0 |

Comments: * 1191 print + 1488 web = $2679 *  Same as last year

| | # MO | STARTING | TOTAL/MO |
|---|---|---|---|
| DIRECTORY | 12 | | |
| DIGITAL | | | |
| MAGAZINES | | | |

CONTRACT TOTAL VALUE: 1196

By signing this document, Customer agrees to the terms and conditions of this contract. Customer agrees to pay the amount(s) listed and to the length of this contract according to the number of months stated. Exception is new website build, requires twenty-four (24) month agreement unless paid in full. Publisher may require full payment in advance or at its discretion may bill Customer monthly or annually or as indicated on this contract. Publisher may require certain products to be paid in full and upfront before work can be done as noted on the contract. For additional terms and conditions regarding this contract, please visit www.arvigmedia.com

Signature:       Printed Name: Michelle Kopfmann       Date:

☐ Check   ☐ ACH (Attach Form)   ☐ Credit Card (Attach Form)   ☐ PrePay   ☒ Bill Monthly

