# EXHIBIT D



**Cyd Beck** <cbeck@namesandnumbers.com>

## White mountain phonebook
1 message

**Cyd Beck** <cbeck@namesandnumbers.com>                    Wed, Apr 9, 2025 at 11:19 AM
To: rflair@havenhg.com

Arvig bought Names & Numbers...I need to know what you want to do with your advertising. You can reply yes go ahead and run it and that will suffice as a signature. Friday ids deadline.
Thx
Cyd Beck
520-405-0174

# arvig

**Advertising Contract**

Publication: White Mtn
Sales Rep Contact #: 520 405 0174
Mail Payments to: PO Box 110 • Perham, MN 56573 | Customer Service: 888-442-8838

| Area Code | Telephone Number | Directory | Sales Area | Rep |
|---|---|---|---|---|
| 928 | 348 2060 | 25 | AZ | C Beck |

Name: Haven Health Lakeside
Street Address: 3401 N Lockwood Dr
City, State, Zip: Lakeside Az 85929
Email: Rfair@havenhg.com
Fax: 
Alt Pho:
Support Rep: Ryan Fair

Contact Number: Same
Billing Address: Same
City, State, Zip:
Web: havenhg.com/lakeside.html
Call Tracking:

| Item | Heading/Description | Monthly Rate |
|---|---|---|
| DQCC | Health Care Facilities | |
| APSL | " " | |
| APSL | Health Care Information & Referral Services | |
| APSL | Nursing Homes | |
| SWBL | White pages | |

Comments: 792.

| | # MO | STARTING | TOTAL/MO |
|---|---|---|---|
| DIRECTORY | 12 | | |
| DIGITAL | | | |
| MAGAZINES | | | |

CONTRACT TOTAL VALUE: 792.

By signing this document, Customer agrees to the terms and conditions of this contract. Customer agrees to pay the amount(s) listed and to the length of this contract according to the number of months stated. Exception is new website build, requires twenty-four (24) month agreement unless paid in full. Publisher may require full payment in advance or at its discretion may bill Customer monthly or annually or as indicated on this contract. Publisher may require certain products to be paid in full and upfront before work can be done as noted on the contract. For additional terms and conditions regarding this contract, please visit www.arvigmedia.com

Signature:
Printed Name: Ryan Fair
Date:

☐ Check #
☐ ACH (Attach Form)   ☐ Credit Card (Attach Form)   ☐ PrePay   Bill: Monthly



Cyd Beck <cbeck@namesandnumbers.com>

## Magnet mailer

Cyd Beck <cbeck@namesandnumbers.com>　　　　　　　　　　　　　　　　Wed, Feb 12, 2025 at 2:19 PM
To: Mindi Stine <mindi.stine@hufseyhomeservices.com>

FYI… I may be back sooner to do the new book. Arvig Media may not wait a full year.. They just want to do the market justice and put out a good publication. For instance, residential addresses and phone numbers, including if a cell phone number are going back into the white pages… It's going to be a superior product like what we used to put out even better from what I've seen. 😊 I'm really excited about this company. The best part is they have local branches, including one here in Arizona so I can actually go into an office if I need to.
Anyway, I just wanted to share that
Cyd 😊

On Wed, Feb 12, 2025 at 12:53 PM Mindi Stine <mindi.stine@hufseyhomeservices.com> wrote:

> Thanks for the info!!!
>
> Awwww! Ok!!!
>
> I may not be in this office tomorrow!
>
> Always good seeing you though!!!

