# EXHIBIT E



Cyd Beck <cbeck@namesandnumbers.com>

---

# White mountain phonebook
2 messages

**Cyd Beck** <cbeck@namesandnumbers.com>  Wed, Mar 19, 2025 at 11:46 AM
To: rflair@havenhg.com

Hi Ryan,
Cyd Beck your rep here. I emailed your contract on March 4. The market closes end of next week. 😱
Please let me know what you wanna do with your Advertising.
We have gone through another rebranding. We are now Arvig Media. I am going to resend the contract and ads for your review.
Names And Numbers is still around. They are going full on digital. I can help you with any of your digital needs.
Thx
Cyd Beck
520-405-0174

# Advertising Contract

**arvig**

Publication: White Mtn
Sales Rep Contact #: 520 405 0174
Mail Payments to: PO Box 110 · Perham, MN 56573 | Customer Service: 888-442-8838

| Area Code | Telephone Number | Directory | Sales Area | Rep |
|---|---|---|---|---|
| 928 | 368 2060 | 25 | AZ | CBeck |

Name: Haven Health Lakeside
Street Address: 3401 N Lockwood Dr
City, State, Zip: Lakeside AZ 85929
Email: rfair@havenhg.com
Fax:     Alt Pho:

Contact Number: Same
Billing Address:
City, State, Zip:
Web: havenhg.com/lakeside.html
Call Tracking:

Support Rep: Ryan Fair

| Item | Heading/Description | Monthly Rate |
|---|---|---|
| DGCC | Health Care Facilities | |
| APzL | " | |
| APzL | Health Care Information & Referral Services | |
| APzL | Nursing Homes | |
| SWPzL | White pages | |

Comments:

| | # MO | STARTING | TOTAL/MO |
|---|---|---|---|
| DIRECTORY | 12 | | |
| DIGITAL | | | |
| MAGAZINES | | | |

792.

CONTRACT TOTAL VALUE: 792.

By signing this document, Customer agrees to the terms and conditions of this contract. Customer agrees to pay the amount(s) listed and to the length of this contract according to the number of months stated. Exception is new website build, requires twenty-four (24) month agreement unless paid in full. Publisher may require full payment in advance or at its discretion may bill Customer monthly or annually or as indicated on this contract. Publisher may require certain products to be paid in full and upfront before work can be done as noted on the contract. For additional terms and conditions regarding this contract, please visit www.arvigmedia.com

Signature:
Printed Name: Ryan Fair
Date:

☐ Check #   ☐ ACH (Attach Form)   ☐ Credit Card (Attach Form)   ☐ PrePay   Bill: Monthly



Names and Numbers — Five Star Media

Rep: Beck, Cydni
Book/Year: WMTN25DIG
☐ Other-Book  ☐ Spec.  ☐ Online Art Submission
Ad Source: ☐ N&N Issue
Account: Haven Health Lakeside (396374)
Headings: 1) Health Care/Facilities
List As: Haven Health Lakeside
Size: D0GWP    Art #: 00944322    Date:

**havenhealth**

Skilled Nursing
Rehabilitation
**928-368-2060**
3401 N. LOCKWOOD DR.
LAKESIDE, AZ 85929

Skilled Nursing
Assisted Living
**928-537-5333**
2401 E. HUNT DR.
SHOW LOW, AZ 85901





**Cyd Beck** <cbeck@namesandnumbers.com>
To: rflair@havenhg.com

Tue, Apr 29, 2025 at 11:33 AM

Resending

[Quoted text hidden]