# EXHIBIT F



Cyd Beck <cbeck@namesandnumbers.com>

## White Mountain phonebook
1 message

**Cyd Beck** <cbeck@namesandnumbers.com>  Mon, Mar 10, 2025 at 10:45 AM
To: youngkevin796@gmail.com

Hi Kevin,
Attached you will find your contract through Names And Numbers for your website. They have decided to go full on digital so Arvig Media will be putting out the book which explains the other contract attached just re-branding. Nothing you haven't been through lol
I'm hoping you got your issue figured out with Troy and that he was able to help you even though we do not handle your Google business profile.
You can reply to this email yes go ahead and run it and then I can call you for a credit card, which is how we did it last year.
I didn't notice there's quite a few new roofing companies in town so I'm glad you have the position that you have in the book.
You can reach me at 520-405-0174 if you have any questions
Thx
Cyd Beck
www.actionlocalaz.com



# Names and Numbers — Five Star Media
P.O. Box 1479 · Pittsburg, KS 66762
620-231-4000
www.namesandnumbers.com
customerservice@namesandnumbers.com

| Book Year | Account # | Contract # List | Renewal # | Sales Rep | Page | Contract |
|---|---|---|---|---|---|---|
| WMTN25016 | 398434 | 1078434 | | CDC | 1 / 1 | 1 / 1 |

**Billing/Mailing Address** ☐ Use As Delivery Address  |  **Location (Seen At)** ☐ Same As Billing ☐ Use As Delivery Address

Business Name: Mountain Roof Repair & Renovation LLC
Attn/Title: Kevin Young
Address: 1282 Lone Pine Dam Rd
City: Show Low   State: AZ   Zip: 85901
Telephone: (928) 358-7525
E-MAIL: youngkevin.96@gmail.com
Cell Phone: 928 398 0919

Location Business Name:
Advertising Contact Person / Title:
Address: 5551 S. White Mountain Rd Unit 2/WPS Ste 395
City: Showlow   State: AZ   Zip: 85901   BOX
Telephone: ( )
Web: www.mountainroofaz.com

HBD: WMTN

### Heading

| Heading | Description | UDAC | Dis Code | Rate | LAS # |
|---|---|---|---|---|---|
| C07080 | Contractors - General | ABLX A | | | 1 |
| H02671 | Home Repairs | ABLX A | | | 1 |
| RE6470 | Remodeling | ABLX A | | | 1 |
| RO6500 | Roofing Contractors | ABLR A | | | 1 |
| RO7400 | Roofing Maintenance, Repair & Cleaning | ABLX A | | | 1 |
| RO6900 | Roofing Contractors | TD@CWP A | | | |
| WHITE | White Pages - White Mountain Region Businesses | WFNC | | | 1 |
| SPEC | Special Positions | EZS | 2 | 774 | |
| SPEC | Special Positions | TAD | 2 | | |

### LAS # — Listing Info

1  Mountain Roof Repair & Renovation LLC
   Serving the White Mountain Area          928-358-7525

Annual Amt: 774

★ digital contract only ★
If no print - digital is $1548.

Special Instructions:
claim ODP
408 328 09K P. GRP (AN) — PK

Authorized By: Kevin Young
Title: owner
Date: 3/10 WMC

# Advertising Contract

**arvig.**

Publication: White Mountain
Sales Rep Contact #: 520 405 0174
Mail Payments to: PO Box 110 • Perham, MN 56573 | Customer Service: 888-442-8838

| Area Code | Telephone Number | Directory | Sales Area | Rep |
|---|---|---|---|---|
| 928 | 358 7525 | 25 | AZ | CBeck |

Name: Mountain Roof Repair & Renovation
Contact Number: SAA
Street Address: 1282 Lone Pine Dam Rd
Billing Address: 5551 S White Mtn Rd Unit 2 St 395
City, State, Zip: Show Low AZ 85901
City, State, Zip: Show Low AZ 85901
Email: youngkevin796@gmail.com
Web: mountainroofingaz.com
Fax: 
Alt Pho: 928 358 0919
Call Tracking:
Support Rep: Cyd Beck

| Item | Heading/Description | Monthly Rate |
|---|---|---|
| TDQC | Roofing Contractors | 3300 |
| ABL | | 0 |
| ABL | Contractors - General | 0 |
| ABL | Home Repairs | 0 |
| ABL | Remodeling | 0 |
| ABL | Roofing Maintenance Repair | 0 |
| SWBL | White Pages | 0 |

Comments:

| | # MO | STARTING | TOTAL/MO |
|---|---|---|---|
| DIRECTORY | 12 | | |
| DIGITAL | | | |
| MAGAZINES | | | |

2015
CONTRACT TOTAL VALUE

By signing this document, Customer agrees to the terms and conditions of this contract. Customer agrees to pay the amount(s) listed and to the length of this contract according to the number of months stated. Exception is new website build, requires twenty-four (24) month agreement unless paid in full. Publisher may require full payment in advance or at its discretion may bill Customer monthly or annually or as indicated on this contract. Publisher may require certain products to be paid in full and upfront before work can be done as noted on the contract. For additional terms and conditions regarding this contract, please visit www.arvigmedia.com

Signature: X
Printed Name: Kevin Young
Date:

☐ Check # ☐ ACH (Attach Form) ☐ Credit Card (Attach Form) ☐ PrePay ☐ Bill Monthly



