# EXHIBIT G



Cyd Beck <cbeck@namesandnumbers.com>

## Lake havasu phonebook
1 message

**Cyd Beck** <cbeck@namesandnumbers.com>                                      Wed, Jun 25, 2025 at 5:12 PM
To: "sue@macksigns.com" <sue@macksigns.com>

Hi Sue,
This is so you can pass it on. Your spin was $1529 last year.
With the online profile I sent you that's included. I know it's going to change.
The contractor reads Arvig as they have bought out Names And Numbers division.
Don't hesitate to call with questions 520-405-0174
Thx
Cyd Beck

# Advertising Contract

**arvig**

Publication: Lake Havasu
Sales Rep Contact #: 520 405 0174
Mail Payments to: PO Box 110 • Perham, MN 56573 | Customer Service: 888-442-8838

| Area Code | Telephone Number | Directory | Sales Area | Rep |
|---|---|---|---|---|
| 928 | 453 8037 | 25 | AZ | Clyde Beck |

Name: Mack Signs
Street Address: 1050 N Lake Havasu Ave # B
City, State, Zip: Lake Havasu City AZ 86403
Email: sue@macksigns.com
Fax:    Alt Pho:
Support Rep:

Contact Number:
Billing Address:
City, State, Zip:
Web: macksigns.com
Call Tracking:

| Item | Heading/Description | Monthly Rate |
|---|---|---|
| QC | Banners | |
| APSL | " | |
| QC | Signs | |
| APSL | " | |
| SNBL | White pages | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | $1529. | |

Comments:

| | # MO | STARTING | TOTAL/MO |
|---|---|---|---|
| DIRECTORY | 12 | | |
| DIGITAL | | | |
| MAGAZINES | | | |
| 1529. | CONTRACT TOTAL VALUE | | |

By signing this document, Customer agrees to the terms and conditions of this contract. Customer agrees to pay the amount(s) listed and to the length of this contract according to the number of months stated. Exception is new website build, requires twenty-four (24) month agreement unless paid in full. Publisher may require full payment in advance or at its discretion may bill Customer monthly or annually or as indicated on this contract. Publisher may require certain products to be paid in full and upfront before work can be done as noted on the contract. For additional terms and conditions regarding this contract, please visit www.arvigmedia.com

Signature:     Printed Name: Sue Mack     Date:

☐ Check #     ☐ ACH (Attach Form)     ☐ Credit Card (Attach Form)     ☐ PrePay     Bill: Monthly



## 28 BANKS - BARS

### BANKS

| | |
|---|---|
| BBVA Compass Bank | 855-2151 |
| 1992 McCulloch Blvd N LHC | |
| Bank Of America 10 S Acoma Blvd LHC | 855-3003 |
| Chase | |
| 1799 N Kiowa Blvd LHC | 855-9101 |
| 1695 McCulloch Blvd LHC | 855-3031 |
| 1st Savings Bank 1031 S Acoma Blvd LHC | 855-0777 |
| JP Morgan Chase Lake Havasu Airport LHC | 764-3404 |
| Mohave State Bank | |
| 1771 McCulloch Blvd LHC | 855-0000 |
| 1021 N Lake Havasu Ave LHC | 453-0000 |
| National Bank Of Arizona | |
| 1001 Eagle Ave PRKR | 669-6173 |
| 1041 N Lake Havasu Ave LHC | 854-5202 |
| Sunbank 5695 Hwy 95 N LHC | 764-3310 |
| Wells Fargo Bank | |
| 1601 McCulloch Blvd N LHC | 453-1888 |
| 3269 Maricopa Ave #120 LHC | 854-5330 |
| 80 Acoma Blvd N LHC | 680-6230 |

### BANNERS
See FLAGS & FLAGPOLES

**MACK SIGNS**
1050 N. LAKE HAVASU AVE. SUITE A/ LHC, AZ 86403
- Channel Letters
- Freestanding & Cabinets
- Installation & Service
- Banners & Magnetics
- Vinyl & Digital Prints
- Vehicle Lettering

FAMILY OWNED & OPERATED SINCE 1992
**928-453-8637**

| | |
|---|---|
| Master Graphics LHC | 854-1114 |
| Printing Plus Inc | |
| 2069 McCulloch Blvd N LHC | 855-7587 |
| South Side Signs 2800 Sweetwater Ave LHC | 846-4434 |
| Tekwrap 1640 Acoma Blvd W #A-110 LHC | 230-4226 |

**facebook Management**
SEE HOW WE CAN HELP!
namesandnumbers.com

### BANQUET FACILITIES

**LONDON BRIDGE RESORT**
Event Catering & Convention Center
12,000 Sq. Ft. of Banquet Facilities
Full Wedding Service
CALL TODAY: 928-855-0888
1477 QUEENS BAY • LAKE HAVASU CITY, AZ
WWW.LONDONBRIDGERESORT.COM

| | |
|---|---|
| Quality Inn & Suites | |
| 271 S Lake Havasu Ave LHC | 855-... |
| The Nautical Beachfront Resort | |
| 1000 N McCulloch Blvd LHC | 855-... |

### BARBECUE EQUIPMENT & SUPPLIES

**PATIO PARADISE**
BBQ Equipment & Supplies
Outdoor Dishware
Gift Shop
Patio Furniture
www.patioparadiselhc.com
1701 Mesquite Ave
Lake Havasu City ........ 928-854-11..

### BARBERS

| | |
|---|---|
| CindyRellaz 2921 Maricopa Ave LHC | 855-... |
| Gentleman's Choice Barber Shop | |
| 2010 McCulloch Blvd #F LHC | 453-... |
| Havasu Barber Shop 52 S Smoketree Ave LHC | 855-... |
| Integra Hair Design | |
| 141 Swanson Ave #4 LHC | 855-... |
| Janice's Beauty Salon | |
| 3398 N London Bridge Rd LHC | 764-... |
| John's Barber Shop | |
| 2014 McCulloch Blvd LHC | 855-... |
| **MARZAE'S HAIR COMPANY** | |
| 2148 McCulloch Blvd #103 LHC | 486-... |
| The Havasu Cut-Ups | |
| 2137 McCulloch Blvd LHC | 855-... |
| Uptown Barbers 2110 N McCulloch Blvd LHC | 453-... |

### BARS

| | |
|---|---|
| Bj's Tavern 2122 N McCulloch Blvd LHC | 854-... |
| Blondie's Bar & Grill | |
| 3620 London Bridge Rd LHC | 486-... |
| Bogey's Bar & Grill At The Island Golf Club | |
| 1040 N McCulloch Blvd LHC | 855-... |
| Chicago Grill | |
| 2134 McCulloch Blvd N LHC | 3... |
| The Shops At Lake Havasu | |
| 5601 Hwy 95 N LHC | 646-... |

(This classification cont next page)

## SHUTTERS - SILK 135

### SIGNS

| | |
|---|---|
| Independent Signs & Lighting LHC | 453-7888 |
| Lake Havasu's Signcraft | |
| 1617 Industrial Blvd LHC | 453-8080 |

**MACK SIGNS**



AZ ROC 092099

**MACK SIGNS**
A FULL SERVICE SIGN COMPANY

1050 N. LAKE HAVASU AVE. SUITE A / LHC., AZ. 86403

- Channel Letters
- Freestanding & Cabinets
- Installation & Service
- Banners & Magnetics
- Vinyl & Digital Prints
- Vehicle Lettering

**FAMILY OWNED & OPERATED SINCE 1992**

**928-453-8637**

| | |
|---|---|
| Master Graphics LHC | 854-1114 |
| Oakley Signs 2633 Kiowa Blvd N LHC | 854-2616 |
| Printing Plus Inc | |
| 2069 McCulloch Blvd N LHC | 855-7587 |
| Sign Guy The 911 Lake Havasu Ave LHC | 505-8579 |
| Signs By Julie LHC | 453-5027 |
| Signs By Team Oakley | |
| 2633 N Kiowa Blvd LHC | 854-2616 |
| South Side Signs 2800 Sweetwater Ave LHC | 846-4434 |
| Tekwrap 1640 Acoma Blvd W #A-110 LHC | 230-4226 |

### SILK FLOWERS

See ARTIFICIAL FLOWERS, PLANTS & TREES