UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| K.W. Brock Directories, Inc. aka Names and Numbers, a Kansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>Arvig Media Enterprises, Inc. dba Arvig Media, a Minnesota corporation; Cydni Beck aka Cyd Beck and Doe Beck, a married couple,<br><br>Defendants. | Case No. 3:25-cv-08172-MTL<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION** |

The Court having reviewed Plaintiff K.W. Brock Directories, Inc. aka Names and Numbers' ("Names and Numbers'" or "Plaintiff's") motion for preliminary injunction filed on August 25, 2025 (the "Motion") against Defendants Arvig Media Enterprises, Inc. dba Arvig Media, a Minnesota corporation ("Arvig Media"), and Cydni Beck aka Cyd Beck and Doe Beck (together, "Ms. Beck") (Arvig Media and Ms. Beck are, collectively, "Defendants"), and good cause appearing:

IT IS HEREBY ORDERED granting the Motion;

IT IS HEREBY FURTHER ORDERED that, until such time as a final judgment is entered in this action or until this action is dismissed with or without prejudice as against all Defendants, Defendants (including any of their officers, agents, servants, employees, or attorneys) are hereby:

1.  enjoined from using, disclosing, copying, or divulging Names and Numbers' Confidential Information[1] in any of Defendants' possession or control for any purpose;

2.  enjoined from: (i) making any false representation to any of Names and Numbers' current and/or potential customers; (ii) communicating negative, derogatory, or otherwise defamatory statements about Names and Numbers to Names and Numbers' current and/or potential customers; and (iii) falsely representing, negligently representing, and/or purposefully omitting material information to Names and Numbers' current and/or potential customers; and

3.  enjoined from soliciting, assisting in the solicitation of, accepting, or advertising to any customer of Names and Numbers for a period of 24 months from the entry of this injunction; AND

---

[1] "Confidential Information" has the same definition as in the Employment Contract (as defined in the Verified Complaint), namely:

> trade secrets, confidential and/or proprietary information of the Company, including but not limited to all information used by or belonging to or relating to the Company or any subsidiary, parent or affiliate of the Company which is not generally known to the public or to the industry in which the Company is or may become engaged, including, without limitation, past, present or future business or trade secrets, customers or customer lists, prospects or prospect lists, price lists, cost lists, methods, policies, formulas, procedures, know-how, manuals, handbooks, instructions, techniques, business strategies, marketing or development plans, devices, records, drawings, demonstrations, samples, models, blueprints, reports, specifications, designs, technology and digital products, computer hardware and software, key employees, financial or proprietary information and all other information, knowledge or data of any kind or character relating to the products or business of the Company or any subsidiary, parent or affiliate of the Company whether or not reduced to writing, which should be treated as confidential information, and all copies and duplications thereof . . . .

Employment Contract, attached as Exhibit A to the Verified Complaint, at Section 7 [Doc 1-1 at page 3 of 16].

1   IT IS HEREBY FURTHER ORDERED that Ms. Beck Defendants (including any
2 of her agents, servants, employees, or attorneys) is hereby enjoined from carrying on or
3 engaging in any business that competes with Names and Numbers' advertisement
4 business in any area covered by a Names and Numbers local business directory, for a
5 period of 24 months from the entry of this injunction.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28