# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| K.W. Brock Directories Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Arvig Enterprises Incorporated, et al.,<br><br>Defendants. | No. CV-25-08172-PCT-MTL<br><br>**ORDER** |

**IT IS ORDERED** that, for the reasons stated on the record on August 25, 2025, the emergency nature of the motion for preliminary injunction (Doc. 9) is denied, and the merits of the motion (Doc. 9) shall remain pending.

**IT IS FURTHER ORDERED** that, after filing an affidavit of service, Plaintiff will file a separate notice notifying the Court that service is complete so that the Court may set a hearing to discuss with all parties a briefing schedule and hearing date for the pending motion for preliminary injunction (Doc. 9). Plaintiff must immediately provide the order setting said hearing with the Defendants.

Dated this 25th day of August, 2025.

Michael T. Liburdi
United States District Judge