# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter  0803014.0017
Account  # 0778
Invoice  # 144230
Liddy  # 502932-1

UNITED STATES DISTRICT COURT, STATE OF ARIZONA
401 W. Washington Street, Ste 130, SPC 1, Phoenix, AZ 85003

K.W. Brock Directories, Inc., aka Names and Numbers, a Kansas corporation,

Plaintiff(s) / Petitioner(s),

vs

Arvig Enterprises, Inc. dba Arvig Media, a Minnesota corporation, et al.,

Defendant(s) / Respondent(s).

**CERTIFICATE OF SERVICE BY PRIVATE PROCESS SERVER**
Case No. 3:25-cv-08172-MTL

**ENTITY/PERSON TO BE SERVED:** Arvig Enterprises, Inc. dba Arvig Media c/o Registered Agent Solutions Inc., Statutory Agent

**PLACE OF SERVICE:** 300 W. Clarendon Ave., Suite 240, Phoenix, AZ, 85013

**DATE OF SERVICE:** On the 25th day of August, 2025 at 2:18 PM   County Maricopa

[ ] PERSONAL SERVICE   [X] Left a copy with a person authorized to accept service.   [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title:** Served on Registered Agent Solutions Inc., Statutory Agent, by serving Crystal Cardenas, Agent.

on 08/25/2025 we received the following documents for service:
Summons in a Civil Action, Verified Complaint, Disclosure Statement, Notice of Availability of US Magistrate to Exercise Jurisdiction, Motion for Preliminary Injunction, and Memo in Support

Received from STINSON, LLP, ( JEFFREY D. HARRIS #031136 )
PROCESS SERVER: Matthew Basham #8493

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: _[signature]_   Date: 8/26/2025

| Item | Amount |
|---|---|
| Service of Process | $20.00 |
| Minimum Mileage | $36.00 |
| Rush Charge Service | $35.00 |
| Copies | $56.00 |
| Doc. Prep Fee | $12.00 |
| Total | $159.00 |

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.