**Names and Numbers**
★★★★★ Five Star Media
P.O. Box 1479 • Pittsburg, KS 66762
620-231-4000
www.namesandnumbers.com
customerservice@namesandnumbers.com

↑ DO NOT WRITE IN THIS SPACE ↑

| Book / Year | Account # | Contract # | Renewal # | Sales Rep | Page | Contract |
|---|---|---|---|---|---|---|
| LHAV25DIG | 397262 | 1089954 | | TLE | 1 / 1 | 1 / 1 |

**Billing/Mailing Address** ☐ Use As Delivery Address | **Location (Seen At)** ☐ Same As Billing ☐ Use As Delivery Address

Business Name: About Time Septic Tank Pumping
Attn: Peter Holstrom/Vanessa    Title:
Address: 4020 Gold Springs Rd
City: Lake Havasu City    State: AZ    Zip: 86406
Telephone: (928) 727-6561
E-MAIL: abouttimeair@yahoo.com
Cell Phone: 928-855-8888    Fax:    TB:    HBD: LHAV    Work With Account #:

| Heading | | UDAC | | Dis Code | Rate | LAS # |
|---|---|---|---|---|---|---|
| SE5400 | Septic Tanks & Systems - Cleaning, Repair, Product | ABLR | A | | | 2 |
| SE5400 | Septic Tanks & Systems - Cleaning, Repair, Product | FPWP | A | | | |
| C06990 | Contractors' Equipment & Supplies - Renting & Leas | ABLX | B | | | 1 |
| RE6060 | Rental Service | ABLX | B | | | 1 |
| T00900 | Toilets - Portable | ABLR | B | | | 1 |
| T00900 | Toilets - Portable | DQCWP | B | 2 | | |
| WHITE | White Pages - Lake Havasu Area Businesses | WBL | | | | 1 |
| WHITE | White Pages - Lake Havasu Area Businesses | WBL | | | | 2 |
| SPEC | Special Positions | OLM | | 2 | | |
| SPEC | Special Positions | TAD | | | | |

| LAS # | Listing Info | | |
|---|---|---|---|
| 1 | About Time Portable Toilets / Lake Havasu City AZ | 928-854-8118 | |
| 2 | About Time Septic Tank Pumping / Lake Havasu City AZ | 928-855-8888 | |

Charge Down Payment To Credit Card: ☐ YES ☐ NO
Charge Installments To Credit Card: ☐ YES ☐ NO
On The ____ Day Of The Each Month
Authorization #:
Check #:
T/O:

Annual Amount:
Cash Discount:
Sub-Total:
Tax:
Total:
Paid:
Balance:
Pay Code:
# Installments:
Installment Amount:

Special Instructions:

The Applicant, through the Undersigned, who confirms their authority to act on behalf of the Applicant, agrees to the stated payments and Agreement. The terms and conditions on the back of this Application are part of the Agreement for placing digital advertising services in any Names & Numbers markets. This Application is not binding until Names & Numbers accepts it in writing. Once accepted, both parties are bound by its terms and conditions.

Authorized By (Please Print):    Title:
Applicant Signature:    Date:

0000002256