**FFOX LAW LLC**
80 E Palomino Dr
Tempe, AZ 85284
Telephone 602.908.1707
Frank M. Fox, SBA 010235
Email: fmetzfox@ffoxlaw.com

*Attorneys for Defendant Cydni Beck*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| K.W. Brock Directories, Inc., aka Names and Numbers, a Kansas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Cydni Beck, aka Cyd Beck and Doe Beck, a married couple; Arvig Enterprises, Inc., dba Arvig Media, a Minnesota corporation,<br><br>Defendants. | Case No.: 3:25-cv-08172-MTL<br><br>**RESPONSE TO PLAINTIFF'S MOTION TO STRIKE CYDNI BECK'S ANSWER AND MOTION TO OVERTURN DEFAULT JUDGMENT** |

## I. INTRODUCTION

Defendant Cydni Beck, by and through undersigned counsel, respectfully submits this response to Plaintiff's Motion to Strike Defendant's Answer. Defendant contends that the entry of default was improperly granted due to insufficient service of process and, therefore, the subsequent filing of an answer should not be stricken.

## II. ARGUMENT

### A. Improper Service of Process

Defendant Beck was not adequately served with the complaint, as it was left at an old address where she no longer resides. According to Rule 4 of the Federal Rules of Civil Procedure, service must be made at the individual's dwelling or usual place of

abode with someone of suitable age and discretion residing there. In this case, the complaint was left at an address where Defendant Beck no longer resides, thus failing to meet the requirements for proper service.

### B. Lack of Notice and Prejudice

Due to the improper service, Defendant Beck did not receive actual notice of the lawsuit promptly, which prejudiced her ability to respond appropriately. The first and only document Defendant Beck has seen is the complaint, which was not adequately served. This lack of notice directly impacted on her ability to file a timely answer or motion to set aside the default.

### C. Good Cause for Setting Aside Default

Defendant Beck has good cause for setting aside the default, as she was not aware of the proceedings due to the improper service. The Federal Rules of Civil Procedure allow for setting aside an entry of default for good cause shown. Given the circumstances of improper service and lack of notice, Defendant Beck has demonstrated good cause.

## III. CONCLUSION

For the reasons stated above, Defendant Beck respectfully requests that the Court deny Plaintiff's Motion to Strike her Answer and allow her to proceed with her defense.

## MOTION TO OVERTURN DEFAULT JUDGMENT

## I. INTRODUCTION

Defendant Cydni Beck, by and through undersigned counsel, hereby moves this Court to overturn the default judgment entered against her. The default judgment was improperly granted due to insufficient service of process, and Defendant Beck was not allowed to defend herself in this matter.

## II. ARGUMENT

### A. Improper Service of Process

As previously stated, the complaint was left at an old address where Defendant Beck no longer resides. This constitutes improper service under Rule 4 of the Federal

Rules of Civil Procedure, which requires service to be made at the individual's current dwelling or usual place of abode.

### B. Lack of Actual Notice

Defendant Beck did not receive actual notice of the lawsuit until after the default judgment was entered. The improper service deprived her of the opportunity to respond to the complaint and defend herself in this action.

### C. Meritorious Defense

Defendant Beck has a meritorious defense to the claims asserted in the complaint. She intends to contest the allegations and present evidence in her favor. Overturning the default judgment will allow her to present her defense and ensure a fair adjudication of the case.

### D. No Prejudice to Plaintiff

Overturning the default judgment will not prejudice the Plaintiff, as the case is still in its early stages. Allowing Defendant Beck to present her defense will ensure that the case is decided on its merits rather than procedural technicalities.

### III. CONCLUSION

For the reasons stated above, Defendant Beck respectfully requests that the Court overturn the default judgment entered against her and allow her to proceed with her defense in this matter.

Respectfully submitted this 15th day of October 2025.

FFOX LAW LLC

/s/ Frank Fox
Frank M. Fox
80 E Palomino Dr.
Tempe, AZ 85284
fmetzfox@ffoxlaw.com

Attorneys for Defendant Cydni Beck

RESPONSE TO PLAINTIFF'S MOTION TO STRIKE CYDNI BECK'S ANSWER AND MOTION TO OVERTURN DEFAULT JUDGMENT