Jeffrey D. Harris (SBN AZ 031136)
Annabel Barraza (SBN AZ 037108)
STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Telephone: 602.279.1600
jeff.harris@stinson.com
annabel.barraza@stinson.com

*Attorneys for Plaintiff K.W. Brock Directories, Inc.
  aka Names and Numbers*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| K.W. Brock Directories, Inc. aka Names and Numbers, a Kansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>Cydni Beck aka Cyd Beck and Doe Beck, a married couple; Arvig Enterprises, Inc. dba Arvig Media, a Minnesota corporation,<br><br>Defendants. | Case No. 3:25-cv-08172-MTL<br><br>**PLAINTIFF'S NOTICE OF ERRATA AND MOTION TO WITHDRAW DOCKET #31-10** |

Plaintiff K.W. Brock Directories, Inc., hereby notifies the Court that Exhibit I (Doc. 31-10) to its Reply in Support of Motion for Preliminary Injunction (Doc. 31) (the "Reply"), represents attorney-client communication and was inadvertently included in the Reply when filed. Accordingly, Plaintiff requests that the Court direct the Clerk to remove the previously filed exhibit (at Doc. 31-10) from the docket.

Respectfully submitted on October 15, 2025.

                                    **STINSON LLP**

                            By:  s/ *Jeffrey D. Harris*
                                    Jeffrey D. Harris
                                    Annabel Barraza
                                    1850 N. Central Avenue, Suite 2100
                                    Phoenix, AZ 85004
                                    *Attorneys for Plaintiff*

0803014.0017/232708363