Jeffrey D. Harris (SBN AZ 031136)
Annabel Barraza (SBN AZ 037108)
STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Telephone: 602.279.1600
jeff.harris@stinson.com
annabel.barraza@stinson.com

*Attorneys for Plaintiff K.W. Brock Directories, Inc.
  aka Names and Numbers*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| K.W. Brock Directories, Inc. aka Names and Numbers, a Kansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>Cydni Beck aka Cyd Beck and Doe Beck, a married couple; Arvig Enterprises, Inc. dba Arvig Media, a Minnesota corporation,<br><br>Defendants. | Case No. 3:25-cv-08172-MTL<br><br>**PLAINTIFF'S NOTICE OF LODGING OF EXHIBITS NOT ALREADY ON THE RECORD** |

Plaintiff hereby lodges the following exhibits not already on the record in advance of the hearing set for October 23, 2025 on Plaintiff's motion for preliminary injunction (Doc. 9):

- Plaintiff's Exhibit 41:  Prescott Contract Cancellations
- Plaintiff's Exhibit 43:  Lake Havasu Contracts Assigned to Cyd Beck
- Plaintiff's Exhibit 44:  Air Control Home Services N&N Contracts (2017-2024)
- Plaintiff's Exhibit 45:  Barlett's Handyman Service N&N Contracts (2016-2024)
- Plaintiff's Exhibit 46:  Cool Dude Air Conditioning & Heating N&N Contracts (2017-2024)

. . .

. . .

. . .

0803014.0017/232729990

Respectfully submitted on October 16, 2025.

**STINSON LLP**

By: s/ *Jeffrey D. Harris*
Jeffrey D. Harris
Annabel Barraza
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
*Attorneys for Plaintiff K.W. Brock
   Directories, Inc. aka Names and Numbers*