# PLAINTIFF'S EXHIBIT 41

## PRST25 Market Detail - Cancel - USD

Table of Contents

April 01, 2025 04:02 AM

| Bk Close | Account | Account Name | Rep | Book/Year | Date | Contract | Rev Assigned | Rev Handled | Rev New Issue | Increase | Decrease | ww | City | Delinquent | True HB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 399488 | Accredited Locksmith | CBE | PRST25 | 1/22/2025 | Canceled | $3,780.00 | $3,780.00 | $0.00 | $0.00 | $0.00 | | Prescott, AZ | $630.00 | |
| | 399491 | Advanced Dental Center | CBE | PRST25 | 12/13/2024 | Canceled | $6,600.00 | $6,600.00 | $0.00 | $0.00 | $0.00 | | Prescott, AZ | | |
| | 390770 | Arizona Hair Center | CBE | PRST25 | 11/11/2024 | Canceled | $1,629.00 | $1,629.00 | $0.00 | $0.00 | $0.00 | | Prescott Valley, AZ | $1,629.00 | |
| | 399530 | Asphalt Paving & Supply Inc | CBE | PRST25 | 9/20/2024 | Canceled | $10,244.00 | $10,244.00 | $0.00 | $0.00 | $0.00 | | Prescott Valley, AZ | | |
| | 390787 | Blue Raven Landscape & Design | CBE | PRST25 | 1/3/2025 | Canceled | $4,166.00 | $4,166.00 | $0.00 | $0.00 | $0.00 | | Prescott, AZ | | |
| | 399525 | Casa Blanca Cutters | CBE | PRST25 | 12/20/2024 | Canceled | $348.00 | $348.00 | $0.00 | $0.00 | $0.00 | | Prescott Valley, AZ | | |
| | 399482 | Central Arizona Pain Institute | CBE | PRST25 | 12/10/2024 | Canceled | $792.00 | $792.00 | $0.00 | $0.00 | $0.00 | | Prescott, AZ | | |
| | 390800 | Comfort Mobility & Medical Supplies | CBE | PRST25 | 1/8/2025 | Canceled | $1,596.00 | $1,596.00 | $0.00 | $0.00 | $0.00 | | Prescott, AZ | | |
| | 399533 | Command Roofing | CBE | PRST25 | 12/13/2024 | Canceled | $8,290.00 | $8,290.00 | $0.00 | $0.00 | $0.00 | | Prescott Valley, AZ | $8,290.00 | |
| | 399866 | Drain Monkey Plumbing | CBE | PRST25 | 1/8/2025 | Canceled | $600.00 | $600.00 | $0.00 | $0.00 | $0.00 | | Chino Valley, AZ | | |
| | 397223 | Dynamic Cleaning & Restoration | CBE | PRST25 | 9/26/2024 | Canceled | $600.00 | $600.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | LHAV |
| | 399555 | Farmers Insurance - Stephen Carbajal | CBE | PRST25 | 1/22/2025 | Canceled | $4,548.00 | $4,548.00 | $0.00 | $0.00 | $0.00 | | Prescott Valley, AZ | | |
| | 399564 | Franklin Phonetic Primary School K-8 | CBE | PRST25 | 12/19/2024 | Canceled | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | | Prescott Valley, AZ | | |
| | 390927 | Goettl's High Desert Mechanical Inc | LB | PRST25 | 2/10/2025 | Canceled | $5,640.00 | $5,640.00 | $0.00 | $0.00 | $0.00 | | Camp Verde, AZ | | SDNA |
| | 399573 | High Country Guns Knives & Pawn | CBE | PRST25 | 1/31/2025 | Canceled | $850.08 | $850.08 | $0.00 | $0.00 | $0.00 | | Prescott, AZ | | |
| | 412412 | Ideal Dentistry Ltd | CBE | PRST25 | 1/8/2025 | Canceled | $8,994.00 | $8,994.00 | $0.00 | $0.00 | $0.00 | | Peoria, AZ | $8,994.00 | |
| | 399579 | Jonny's Tree & Landscaping Co LLC | CBE | PRST25 | 10/30/2024 | Canceled | $6,600.00 | $6,600.00 | $0.00 | $0.00 | $0.00 | | Prescott, AZ | | |
| | 399593 | Julie M Martin Elder & Special Needs Law PLLC | CBE | PRST25 | 12/6/2024 | Canceled | $1,308.00 | $1,308.00 | $0.00 | $0.00 | $0.00 | | Prescott, AZ | $1,258.00 | |
| | 399673 | Law Offices of Stacie B Robb PLLC | CBE | PRST25 | 12/26/2024 | Canceled | $2,160.00 | $2,160.00 | $0.00 | $0.00 | $0.00 | | Wickenburg, AZ | $1,000.00 | |
| | 399618 | Northern Arizona Tree & Landscaping | CBE | PRST25 | 1/22/2025 | Canceled | $2,310.00 | $2,310.00 | $0.00 | $0.00 | $0.00 | | Prescott, AZ | $1,386.00 | |
| | 390865 | Orkin | CBE | PRST25 | 12/10/2024 | Canceled | $8,000.00 | $8,000.00 | $0.00 | $0.00 | $0.00 | | Prescott Valley, AZ | | |
| | 399611 | Prescott Valley Active Adult Center - CASA | CBE | PRST25 | 1/15/2025 | Canceled | $775.00 | $775.00 | $0.00 | $0.00 | $0.00 | | Prescott Valley, AZ | | |
| | 399620 | RED Plumbing Inc | CBE | PRST25 | 12/18/2024 | Canceled | $12,594.00 | $12,594.00 | $0.00 | $0.00 | $0.00 | | Dewey, AZ | | |
| | 399626 | Sew-n-Sew Fabric Notions & More | CBE | PRST25 | 1/9/2025 | Canceled | $348.00 | $348.00 | $0.00 | $0.00 | $0.00 | | Chino Valley, AZ | | |
| | 399630 | SMART Plumbing Drain Cleaning & Septic Services | CBE | PRST25 | 11/20/2024 | Canceled | $11,772.00 | $11,772.00 | $0.00 | $0.00 | $0.00 | | Chino Valley, AZ | $9,810.00 | |
| | 390925 | The Joshua Tree & Landscape Company Inc. | CBE | PRST25 | 1/31/2025 | Canceled | $3,796.00 | $3,796.00 | $0.00 | $0.00 | $0.00 | | Camp Verde, AZ | | SDNA |
| | 399637 | Tim's Cabinet Company | CBE | PRST25 | 9/27/2024 | Canceled | $3,012.00 | $3,012.00 | $0.00 | $0.00 | $0.00 | | Prescott, AZ | | |
| | | **27 Accounts** | | | | | **$111,652.08** | **$111,652.08** | **$0.00** | **$0.00** | **$0.00** | | | **$32,997.00** | |

## PRST25 Market Detail - OOB - USD

Table of Contents

April 01, 2025 04:02 AM

| Bk Close | Account | Account Name | Rep | Book/Year | Date | Contract | Rev Assigned | Rev Handled | Rev New Issue | Increase | Decrease | WW | City | Delinquent | True HB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 399536 | Alcorn Pump & Water Filtration | CBE | PRST25 | 12/13/2024 | OOB | $200.00 | $200.00 | $0.00 | $0.00 | $0.00 | | Prescott, AZ | | |
| | 399512 | Arizona All Service Plumbing LLC | CBE | PRST25 | 1/8/2025 | OOB | $696.00 | $696.00 | $0.00 | $0.00 | $0.00 | | Chino Valley, AZ | | |
| | 95587 | Blind Brothers Arizona | CBE | PRST25 | 11/6/2024 | OOB | $1,557.00 | $1,557.00 | $0.00 | $0.00 | $0.00 | | Prescott, AZ | | |
| | 399046 | Builders Wholesale | CBE | PRST25 | 10/10/2024 | OOB | $902.00 | $902.00 | $0.00 | $0.00 | $0.00 | | Prescott, AZ | | |
| | 399003 | Christian Painting Inc | CBE | PRST25 | 1/22/2025 | OOB | $675.00 | $675.00 | $0.00 | $0.00 | $0.00 | | Prescott, AZ | | |
| | 397225 | Dad's Help Moving Service | CBE | PRST25 | 11/5/2024 | OOB | $650.00 | $650.00 | $0.00 | $0.00 | $0.00 | | Kingman, AZ | $1,414.00 | KNGM |
| | 399050 | Hewitt Builders & Home Improvement | CBE | PRST25 | 1/6/2025 | OOB | $2,013.00 | $2,013.00 | $0.00 | $0.00 | $0.00 | | Chino Valley, AZ | $537.00 | |
| | 399577 | JD Quality Roofing Inc | CBE | PRST25 | 11/7/2024 | OOB | $1,388.00 | $1,388.00 | $0.00 | $0.00 | $0.00 | | Paulden, AZ | | |
| | 399581 | Josh's Plumbing LLC | CBE | PRST25 | 1/22/2025 | OOB | $1,380.00 | $1,380.00 | $0.00 | $0.00 | $0.00 | | Humboldt, AZ | | |
| | 391032 | Kelley's Esthetics & Lasers Studio | CBE | PRST25 | 11/27/2024 | OOB | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | Cottonwood, AZ | | SDNA |
| | 399663 | Prescott Tune-Up Specialist | CBE | PRST25 | 11/5/2024 | OOB | $310.00 | $310.00 | $0.00 | $0.00 | $0.00 | | Chino Valley, AZ | | |
| | 390815 | Rhino Linings | CBE | PRST25 | 11/7/2024 | OOB | $902.00 | $902.00 | $0.00 | $0.00 | $0.00 | | Prescott Valley, AZ | | |
| | 399634 | Tax Strategies Southwest | CBE | PRST25 | 12/11/2024 | OOB | $4,182.00 | $4,182.00 | $0.00 | $0.00 | $0.00 | | Prescott, AZ | | |
| | | 13 Accounts | | | | | $14,855.00 | $14,855.00 | $0.00 | $0.00 | $0.00 | | | $1,951.00 | |