# PLAINTIFF'S EXHIBIT 43

## LHAV25DIG Market Detail - Beck, Cydni - USD

### Table of Contents

**Worked Accounts**

| Bk Close | Account | Account Name | Rep | Book/Year | Date | Contract | Rev Assigned | Rev Handled | Rev New Issue | Increase | Decrease | WW | City | Delinquent | True HB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 397261 | Accurate Professional Land Surveying Inc | CBE | LHAV25DIG | 6/26/2025 | 1109814 | $2,046.00 | $2,046.00 | $714.00 | $0.00 | $1,332.00 | | Lake Havasu City, AZ | | |
| | 394152 | Air Control Home Services | CBE | LHAV25DIG | 6/26/2025 | Canceled | $17,273.00 | $17,273.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 397257 | All American Air Conditioning | CBE | LHAV25DIG | 6/26/2025 | Canceled | $7,029.00 | $7,029.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 391457 | Arizona Desert Dermatology & Surgery PC | CBE | LHAV25DIG | 6/20/2025 | 1109571 | $15,044.00 | $15,044.00 | $3,960.00 | $0.00 | $11,084.00 | | Lake Havasu City, AZ | | |
| | 396751 | Authentic Painting & Coatings | CBE | LHAV25DIG | 7/1/2025 | 1110003 | $2,440.00 | $2,440.00 | $1,488.00 | $0.00 | $952.00 | | Lake Havasu City, AZ | | |
| pre | 396505 | CTM Pest Control | CBE | LHAV25DIG | 1/23/2025 | 1101380 | $1,680.00 | $1,680.00 | $4,890.00 | $3,210.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 396495 | Don's Auto Body | CBE | LHAV25DIG | 6/27/2025 | Canceled | $806.00 | $806.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 396522 | Fine Line Muffler N Automotive | CBE | LHAV25DIG | 6/27/2025 | OOB | $2,268.00 | $2,268.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 396511 | Havasu Parker Garage Door Repair | CBE | LHAV25DIG | 6/23/2025 | 1109638 | $10,926.00 | $10,926.00 | $3,960.00 | $0.00 | $6,966.00 | | Phoenix, AZ | | |
| | 397137 | London Bridge Resort | CBE | LHAV25DIG | 6/25/2025 | 1109753 | $2,496.00 | $2,496.00 | $2,574.00 | $78.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 396560 | Mack Signs | CBE | LHAV25DIG | 6/26/2025 | OOB | $1,529.00 | $1,529.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 396587 | Mercury Air Conditioning & Heating Inc | CBE | LHAV25DIG | 7/2/2025 | 1110060 | $4,323.00 | $4,323.00 | $714.00 | $0.00 | $3,609.00 | | Lake Havasu City, AZ | | |
| | 396582 | Mohave Hitch & Welding LLC | CBE | LHAV25DIG | 6/26/2025 | OOB | $2,723.00 | $2,723.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 394078 | Mohave Roofing Company | CBE | LHAV25DIG | 6/26/2025 | Canceled | $2,124.00 | $2,124.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 396550 | Paradise Motorsports Upholstery | CBE | LHAV25DIG | 7/3/2025 | 1110120 | $290.00 | $290.00 | $290.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 397138 | Plans Plus Designs Ltd | CBE | LHAV25DIG | 6/26/2025 | Canceled | $696.00 | $696.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 397126 | Rattlesnake Rentals | CBE | LHAV25DIG | 7/2/2025 | Canceled | $767.00 | $767.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 397125 | Roman Construction Inc | CBE | LHAV25DIG | 7/2/2025 | 1110064 | $3,706.00 | $3,706.00 | $1,488.00 | $0.00 | $2,218.00 | | Lake Havasu City, AZ | | |
| | 396571 | Shaver's Garage Doors | CBE | LHAV25DIG | 6/18/2025 | 1109475 | $9,740.00 | $9,740.00 | $5,088.00 | $0.00 | $4,652.00 | | Lake Havasu City, AZ | | |
| | 397019 | Superior Garage Doors LLC | CBE | LHAV25DIG | 6/16/2025 | 1109332 | $5,494.00 | $5,494.00 | $3,456.00 | $0.00 | $2,038.00 | | Lake Havasu City, AZ | | |
| | 397023 | The Weatherman LLC | CBE | LHAV25DIG | 6/26/2025 | Canceled | $3,487.00 | $3,487.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 396745 | Tilly's Smoke Shop | CBE | LHAV25DIG | 7/7/2025 | 1110176 | $425.00 | $425.00 | $425.00 | $0.00 | $0.00 | | Kingman, AZ | | KNGM |
| | | **22 Accounts** | | | | | **$97,312.00** | **$97,312.00** | **$29,047.00** | **$3,288.00** | **$32,851.00** | | | | **$0.00** |

**Unworked Accounts**

| Bk Close | Account | Account Name | Rep | Book/Year | Date | Contract | Rev Assigned | Rev Handled | Rev New Issue | Increase | Decrease | WW | City | Delinquent | True HB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 396508 | A-1 Development Construction & Roofing | CBE | LHAV25DIG | 5/16/2024 | Unworked | $675.00 | $0.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 397285 | A+ Health Insurances | CBE | LHAV25DIG | 5/7/2024 | Unworked | $1,030.02 | $0.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 397265 | Advantage Windshield & Glass | CBE | LHAV25DIG | 6/5/2024 | Unworked | $3,585.00 | $0.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 397293 | Bartlett's Handyman Service | CBE | LHAV25DIG | 5/7/2024 | Unworked | $772.00 | $0.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 397098 | Blair's Affordable Appliance Repair | CBE | LHAV25DIG | 11/7/2024 | Unworked | $360.00 | $0.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 396507 | Cool Dude Air Conditioning & Heating | CBE | LHAV25DIG | 6/3/2024 | Unworked | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 394093 | Farm Bureau Financial Services | CBE | LHAV25DIG | 5/30/2024 | Unworked | $807.00 | $0.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 396588 | McCulloch Mini Storage | CBE | LHAV25DIG | 5/22/2024 | Unworked | $1,105.00 | $0.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 396552 | Office Express | CBE | LHAV25DIG | 5/17/2024 | Unworked | $722.52 | $0.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | 394095 | Russell Financial & Business Services Inc | CBE | LHAV25DIG | 6/7/2024 | Unworked | $4,287.00 | $0.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | $2,757.50 |
| | 397134 | Western Arizona Humane Society - Veterinary Clinic | CBE | LHAV25DIG | 5/23/2024 | Unworked | $1,059.00 | $0.00 | $0.00 | $0.00 | $0.00 | | Lake Havasu City, AZ | | |
| | | **11 Accounts** | | | | | **$17,402.54** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | | | | **$2,757.50** |

**Totals - All Accounts (worked and unworked)**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **33 Accounts** | | | | | **$114,714.54** | **$97,312.00** | **$29,047.00** | **$3,288.00** | **$32,851.00** | | | | **$2,757.50** |

Table of Contents

LHAV25DIG Market Detail - Pending 1 - USD

July 09, 2025 10:38 AM

| Bk Close | Account | Account Name | Rep | Book/Year | Date | Contract | Rev Assigned | Rev Handled | Rev New Issue | Increase | Decrease | WW | City | Delinquent | True HB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Worked Accounts** | | | | | | | | | | | | | | | |
| | 397300 | Car Toyz of Havasu | PEND 1 | LHAV25DIG | 7/18/2024 | OOB | $2,937.00 | $2,937.00 | $0.00 | $0.00 | $0.00 | $0.00 | Lake Havasu City, AZ | $391.60 | |
| | | **1 Accounts** | | | | | **$2,937.00** | **$2,937.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | | **$391.60** | |
| **Unworked Accounts** | | | | | | | | | | | | | | | |
| | 396585 | Affordable Landscaping & Maintenance | PEND 1 | LHAV25DIG | 7/31/2024 | Unworked | $5,280.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Lake Havasu City, AZ | | |
| | 394106 | Ambient Edge Heating/Air Conditioning & Refrigeration | PEND 1 | LHAV25DIG | 8/21/2024 | Unworked | $3,240.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Henderson, NV | | KNGM |
| | 397301 | Arizona Coast Ear Nose Throat Allergy & Sleep Medicine | PEND 1 | LHAV25DIG | 7/12/2024 | Unworked | $10,622.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Lake Havasu City, AZ | | |
| | 420484 | Arizona VIP Plumbing | PEND 1 | LHAV25DIG | 7/26/2024 | Unworked | $5,196.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Lake Havasu City, AZ | | |
| | 396856 | Benjamin Franklin Plumbing | PEND 1 | LHAV25DIG | 8/8/2024 | Unworked | $16,230.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Kingman, AZ | | KNGM |
| | 397050 | Busy B Automotive & Towing | PEND 1 | LHAV25DIG | 8/2/2024 | Unworked | $10,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Lake Havasu City, AZ | $3,333.00 | |
| | 397046 | Catching Air LHC LLC Air Conditioning & Heating | PEND 1 | LHAV25DIG | 8/1/2024 | Unworked | $5,060.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Lake Havasu City, AZ | $1,951.69 | |
| | 394162 | Gems In-Home Care Services | PEND 1 | LHAV25DIG | 8/1/2024 | Unworked | $1,961.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Lake Havasu City, AZ | $1,961.00 | |
| | 394051 | Scott Crane Roofing LLC | PEND 1 | LHAV25DIG | 7/11/2024 | Unworked | $2,829.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Topock, AZ | | KNGM |
| | | **9 Accounts** | | | | | **$60,419.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | | **$7,245.69** | |
| **Totals - All Accounts (worked and unworked)** | | | | | | | | | | | | | | | |
| | | **10 Accounts** | | | | | **$63,356.00** | **$2,937.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | | **$7,637.29** | |