# PLAINTIFF'S EXHIBIT 44



**Names and Numbers** — Five Star Media
P.O. Box 1479 · Pittsburg, KS 66762
620-231-4000
www.namesandnumbers.com
customerservice@namesandnumbers.com

† DO NOT WRITE IN THIS SPACE †

| Book / Year | Account # | Contract # | Renewal # | Sales Rep | Page | Contract |
|---|---|---|---|---|---|---|
| KN6M24 | 394152 | 1048305 | | CBE | 1 / 2 | 1 / 1 |

**Billing/Mailing Address** ☐ Use As Delivery Address    **Location (Seen At)** ☐ Same As Billing ☐ Use As Delivery Address

Business Name: Air Control Home Services
Attn: Air Control Home Services    Title: Marketing Director
Address: 2571 N Kiowa Blvd
City: Lake Havasu City   State: AZ   Zip: 86403

Business Name:
Advertising Contact Person: Amanda Zink   Title: Owner
Address:
City: Same   State:   Zip:
Telephone: ( )
Web: www.aircontrolaz.com
Fax:

TB:    HBD: LHAV    Work With Account #:

| UDAC | | Dis Code Rate | | LAS # |
|---|---|---|---|---|
| AI1260 Air Conditioning Contractors, Systems & Repair | DTWP | A | 9540 | |
| AI1260 Air Conditioning Contractors, Systems & Repair | ABC | A 2 F | ∅ | 1 |
| AI1260 Air Conditioning Contractors, Systems & Repair | ABL | F | ∅ | 1 |
| EL0600 Electric Contractors | TEC FPWP 2 | | 840 8480 | |
| HE6050 Heating Contractors | 2 ABL TEC 2 F | | 840 | |
| IN4300 Insulation Contractors - Cold & Heat | TEC | 2 | 840 | c |
| PL6250 Plumbing Contractors | DTWP | F 2 | 9540 | |
| PL6250 Plumbing Contractors | ABC | F 2 | ∅ | |
| PL8750 Plumbing Repair & Service | ABLX | A F | ∅ | 1 |
| WHITE White Pages - KN | WTC | | 660 | 2 |
| WHITE White Pages - KN | ELAR | | 144 | 2 |
| SPEC Special Positions | OBC1/8 | | 3600 | |

**LAS # / Listing Info**

1. Air Control Home Services
   Kingman AZ
   www.aircontrolaz.com

2. Air Control Home Services
   Kingman AZ
   See Our Ad Under Air Conditioning Contractors
   Systems & Repair
   www.aircontrolaz.com

Charge Down Payment To Credit Card ☐ YES ☐ NO
Charge Installments To Credit Card ☐ YES ☐ NO
On The ___ Day Of The Each Month
Authorization #
Check #
T/O

Annual Amount
Cash Discount
Sub-Total
Tax
Total
Paid
Balance
Pay Code
# Installments
Installment Amount

**Special Instructions**
00000017695
1/2 emailed  1/3 LMTC
1/9 texted  1/9 LMTCWCNB emailed c.
1/10 emailed

JP
2/23

The Applicant acting through the Undersigned, who represents that he is duly authorized by the Applicant, agrees to the payments stated hereon. The terms and conditions on the reverse side of this Application are incorporated into this Application as essential terms and conditions upon which the requested advertising may be placed in any Names & Numbers directory. This Application shall not be binding on either party unless and until accepted in writing by Names & Numbers. Upon such written acceptance, the terms of this Application and attached Terms and Conditions shall become binding as between the parties.

Authorized: Amanda Zink   Title: Owner
Applicant Signature: ph n auth
Date: 1-10-24



**Names and Numbers — Five Star Media**
P.O. Box 1479 • Pittsburg, KS 66762
620-231-4000
www.namesandnumbers.com
customerservice@namesandnumbers.com

| Book/Year | Account # | Contract # | Renewal # | Sales Rep | Page | Contract |
|---|---|---|---|---|---|---|
| KNGM24 | 394152 | 1048305 | | CBE | 2/2 | 1/1 |

**Billing/Mailing Address** — Use As Delivery Address
Business Name: Air Control Home Services
Attn: Air Control Home Services  Title: Marketing Director
Address: 2571 N Kiowa Blvd
City: Lake Havasu City  State: AZ  Zip: 86403

**Location (Seen At)** — Same As Billing
Advertising Contact Person: Amanda Zink  Title: Owner
Address: Same
Web: www.aircontrolaz.com

HBD: LHAV

| Heading | UDAC | Dis Code | Rate | LAS # |
|---|---|---|---|---|
| ~~SPEC Special Positions~~ | HMAG | | 7500 | |
| ~~SPEC Special Positions~~ | TAD | | | |
| ~~Huntington~~ on Electric Contractors | ABC | F | Ø | |
| | | | 30,714. rate | |
| | | | -15,000 DISC | |

Annual Amount: 15,714.00
Sub-Total: 15,714.00
Total: 15,714.00
Paid: —
Balance: 15,714.00
Pay Code: RO
# Installments: 10
Installment Amount: 1,571.40

Special Instructions: $15,714

00000017695

Authorized By (Please Print): Amanda Zink  Title: Owner
Applicant Signature: John Auth[redacted]
Date: 1-10-24

**Names and Numbers**
Five Star Media
Formerly **ACTION** Local

KNGM/23  34393  606383  JPH  1 of 2

**Billing/Mailing Address**
Air Control Home Services
Jenni Martini
2571 N. Kiowa Blvd
Lake Havasu City AZ 86403

**Location (Seen At)**
Jenni Martini - Marketing Director

www.aircontrolaz.com

**Heading** | **UDAC** | **Dis Code Rate** | **LAS #**

| Heading | UDAC | Dis Code | Rate | |
|---|---|---|---|---|
| AI 1260 Air Conditioning Contractors, Systems + Repairs | ABL | A | 288 | |
| AI 1268 Air Conditioning Contractors, Systems + Repairs | OTWP | A | 9540 | |
| Air Conditioning Contractors, Systems + Repairs | TEC | | 864 | |
| H3050 Heating Contractors | TEC | | 864 | |
| Plumbing Contractors | OTWP | | 9540 | |
| Plumbing Contractors | TEC | | 864 | |
| D43000 Plumbing Repair | ABL-X | A | 288 | |
| Outside Back Cover 1/8 Page | OBC 8 | | 3600 | |
| IN4300 Insulation Contractors - Cold + Heat | TEC | | 864 | |
| White Pages - Kingman + Bullhead City BUS | WTC | | 660 | |
| White Pages - Kingman + Bullhead City BUS | ELAR | | n/c | |
| Half Tip on Magnet (2"x4") | HMAG | | 7500 | |

**Listing Info**

1. Air Control Home Services Kingman
   www.aircontrolAZ.com
2. Air Control Home Services - Kingman
   See our AD under Air Conditioning Contractors
   www.aircontrolaz.com

*Magnet will have a different phone #

Jenni Martini   Marketing Director
2/3/2023

**Names and Numbers** — Five Star Media
Formerly ACTIONlocal
P.O. Box 1479 • Pittsburg, KS 66762
620-231-4000
www.namesandnumbers.com
customerservice@namesandnumbers.com

314393KNGM23

| Book Name | Account # | Contract # | Renewal # | Sales | Page | Contract |
|---|---|---|---|---|---|---|
| KNGM/23 | 314393 | 1606383 | 1611398 | JPH | 1 of 2 | |

**Billing/Mailing Address** — ☐ Use As Delivery Address    **Location (Seen At)** — ☐ Same As Billing ☐ Use As Delivery Address

Business Name: Air Control Home Services
Attn: Jenni Martini
Address: 2571 N. Kiowa Blvd
City: Lake Havasu City   State: AZ   Zip: 86403
Telephone: [redacted]
E-Mail: [redacted]
Cell Phone: [redacted]

Advertising Contact Person / Title: Jenni Martini - Marketing Director
Web: www.aircontrolaz.com

| Heading | UDAC | Dis Code | Rate | LAS # |
|---|---|---|---|---|
| AI1260 Air Conditioning Contractors, Systems + Repairs | ABL | A | 288 | 1 |
| AI1268 Air Conditioning Contractors, Systems + Repairs | OTWP | A | 9540 | 1 |
| Air Conditioning Contractors, Systems + Repairs | TEC | | 864 | 1 |
| H36050 Heating Contractors | TEC | | 864 | 1 |
| Plumbing Contractors | OTWP | | 9540 | 1 |
| Plumbing Contractors | TEC | | 864 | 1 |
| DU3000 Plumbing Repair | ABLX | A | 288 | 1 |
| Outside Back Cover 1/8 Page | OBC 8 | | 3600 | 1 |
| IN4300 Insulation Contractors - Cold + Heat | TEC | | 864 | 1 |
| White Pages - Kingman + Bullhead City  BUS | WTC | | 660 | 1 |
| White Pages - Kingman + Bullhead City  BUS | ELAR | | n/c | 1 |
| Half Tip on Magnet (2" x 4") | HMAG | | 7500 | |

**Listing Info**

1. Air Control Home Services Kingman
   [redacted]   www.aircontrolaz.com
2. Air Control Home Services - Kingman
   See our AD under Air Conditioning Contractors
   www.aircontrolaz.com

FEB 08 2023

**Special Instructions:**
*Magnet will have a different phone #.
[redacted]
Approval code [redacted]

The Applicant acting through the Undersigned, who represents that he is duly authorized by the Applicant, agrees to the payments stated hereon. The terms and conditions on the reverse side of this Application are incorporated into this Application as essential terms and conditions upon which the requested advertising may be placed in any Names & Numbers directory. This Application shall not be binding on either party unless and until accepted in writing by Names & Numbers. Upon such written acceptance, the terms of this Application and attached Terms and Conditions shall become binding as between the parties.

Authorized By (Please Print):
Applicant Signature:   Date:

**Names and Numbers** — Five Star Media
Formerly ACTIONlocal
P.O. Box 1479 • Pittsburg, KS 66762
620-231-4000
www.namesandnumbers.com
customerservice@namesandnumbers.com

↑ DO NOT WRITE IN THIS SPACE ↑

Your Rep: KNGM  Account #: 23 314393  Contract #: 60383  Renewal #:   Selection: JPH  Page: 2 of 2  Contract:

**Billing/Mailing Address** ☐ Use As Delivery Address

Business Name: Air Control Home Services
Attn: Jenni Martini  Title:
Address: 2571 N. Kiowa Blvd.
City: Lake Havasu City  State: AZ  Zip: 86403

**Location (Seen At)** ☐ Same As Billing ☐ Use As Delivery Address

Business Name:
Advertising Contact Person / Title: Jenni Martini - Marketing Director
Address:
City:  State:  Zip:
Telephone: (   )
Web: www.aircontrolaz.com
Fax:

| Listing | UDAC | Dis Code Rate | LAS # |
|---|---|---|---|
| Electric Contractors | TEC | 864 | 1 |
| Subtotal | | 35,736 | |
| TAD | | -18,041 | |
| Total | | 17,695 | |

Charge Down Payment To Credit Card: ☐ YES ☐ NO
Annual Amount: 17,695.00
Cash Discount:
Charge Installments To Credit Card: ☐ YES ☐ NO
Sub-Total: 17,695.00
Tax:
On The ___ Day Of The Each Month
Authorization #:
Total: 17,695.00
Paid: 1,474.58
Check #:
Balance: 16,220.42
Pay Code: CUS
T/O:
# Installments: 11
Installment Amount: 1,474.58

Special Instructions: See notes for custom approval

The Applicant acting through the Undersigned, who represents that he is duly authorized by the Applicant, agrees to the payments stated hereon. The terms and conditions on the reverse side of this Application are incorporated into this Application as essential terms and conditions upon which the requested advertising may be placed in any Names & Numbers directory. This Application shall not be binding on either party unless and until accepted in writing by Names & Numbers. Upon such written acceptance, the terms of this Application and attached Terms and Conditions shall become binding as between the parties.

Authorized By (Please Print):  Title:
Applicant Signature:  Date:

# ACTIONPages
by AMP, action media plus
info@actionyp.com • www.actionyp.com

**Sales Office, Lake Havasu, AZ:** Office on McCulloch Boulevard Across from Albertsons
**Billing:** 2021 E. College Way, Suite 101, Mount Vernon, WA 98273
toll free: (877) 563-9219 / fax: (360) 848-0842

ARIZONA / COLORADO / NEW MEXICO

**Pub Code(s):** LHC20   **Rep:** LT   Page 1 of 2

### → Listing Information: Exactly As You Want It To Appear    Alpha: A

**Name:** Air Control Home Services
**Address:** 2571 N Kiowa Blvd
Lake Havasu City AZ
**ZIP Code:**
**Phone:** 928 208-4641
**Contr. #:**
→ REQUIRED Cell Phone:
→ Publish: ☐ YES ☐ NO
**URL:**

### → Billing Contact Information    Same ☐
**Name:** Air Control Home Services
**Address:** 2571 N Kiowa Blvd
**ZIP Code:**
**Phone:** [redacted]
**Email:** [redacted]

### → Proofing Contact Information    Same ☐
**Contact:** Alice Jensen / Jim / Amanda Zink
**Phone:** [redacted]
**Email:** [redacted]

RECEIVED DEC 17 2019 BY:

| ITEM | HEADINGS & DESCRIPTIONS | Campaign 1 Monthly LHC20 | Campaign 2 Monthly KNG20 | Campaign 3 Monthly | Campaign 4 or WEB Monthly |
|---|---|---|---|---|---|
| ~~DPC~~ FPC / ABL | Air Conditioning Contractors & Systems | 14400 / 264 | 14456 / 264 | | |
| FPC | Boater's Map Special | 16188 | — | | |
| RABL | Duct & Hood Cleaning, Sealing, Testing & Repair | 264 | 264 | Duct Cleaning | |
| RABL | Energy Conservation Products & Services | 264 | 264 | | |
| TEC | Heating Contractors | 1152 | 1320 | | |
| TEC | Insulation Contractors | 1152 | 1320 | | |
| HPC / ABL | Plumbers | 4932 / 264 | — / ~~264~~ | | |
| SWBLL | White Pages | 600 | 600 | | |

**REMARKS:** KNG20 Kingman [redacted]

**Monthly Subtotal:** 39670 / 18620
**Discount:** -25389 / -14,112
**Monthly Net Total:**
**Tax:**
**Monthly Grand Total:** 14229 / 4508

Invoice ASAP

**Accounting Only:** PD30  Comm Albert
6700   LHC20 #4740   KNG20 #1500

**Campaign 1:** INV. Deposit 4743   Deposit $ 863   / Mo for 11   plus Mo Starting 3-1-20
**Campaign 2:** INV Deposit 1503   Deposit $ 300.50   / Mo for 10   plus Mo Starting 3-1-20
**Campaign 3:** Deposit $ ___ / Mo for ___ plus Mo Starting ___
**Campaign 4 or WEB:** Deposit $ ___ / Mo for ___ plus Mo Starting ___

The undersigned person hereby represents that he/she has authority to bind the company identified above. In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety.

**Auto-Pay Authorized:** x   PLEASE AUTODEBIT VIA ACH   INITIAL
**SWBL Upgrade-$480 FREE**

**SIGNATURE ▶ X** [signature]
**Print Name:** Theresa Shilosky   **Date:** 12/12/19

CONTRACTS CAN ONLY BE CANCELLED WITHIN 72 HOURS. This agreement includes the terms and conditions on the reverse side. No verbal agreement is binding.



Air Control Home Services  6700  Page 2 of 2

| ITEM | HEADINGS & DESCRIPTIONS | Campaign 1 LHC20 | Campaign 2 KNG20 | Campaign 3 | Campaign 4 or WEB |
|---|---|---|---|---|---|
| ELAR | See Our Ad Under Air Conditioning Contractors & Systems | 132 | 132 | | |
| ODP | Online Directory Package: Optimized actionlocal.com, WhoDoYou & Audio Reviews | | | | $50.00 |
| SPK | 3-Page Website | | | | $150.00 |
| SSL | Website Encryption for Security | | | | $50.00 |
| OLM | Listings optimized across 50+ directories (Current accuracy: 25% F) | | | | $50.00 |
| REV | Review Mgmt (Only has 29 Facebook (4.9 stars) 249 Google (5.0 stars)) | | | | $50.00 |

See page one for payment terms and signature

# ACTIONPages by AMP action media plus

Sales Office, Lake Havasu, AZ:
Office on McCulloch Boulevard Across from Albertsons
Billing:
2021 E. College Way, Suite 101, Mount Vernon, WA 98273
info@actionyp.com • www.actionyp.com  toll free: (877) 563-9219 / fax: (360) 848-0842

Pub Code(s): **LHC19**   Rep: **LT**   Page **2** of **1**

**Billing Contact Information** — Same
Name: Air Control Home Services
Address: 2571 N Kiowa Blvd LHC AZ 86403
ZIP:
Phone: [redacted]   Cell:
Email: [redacted]

**Proofing Contact Information** — Same
Contact: Alice Jensen / Jim / Amanda
Phone: [redacted]   Fax:
Email: [redacted]

ARIZONA/COLORADO/NEW MEXICO

## Alpha A — LISTING INFORMATION: EXACTLY as you want it to appear

Name: Air Control Home Services
Address: 2571 N Kiowa Blvd Lake Havasu City AZ
ZIP: [redacted]
Phone: [redacted]   Contr. #:
URL:

| ITEM | HEADING INFORMATION | Campaign 1 LHC19 | Campaign 2 KNG19 | Campaign 3 | WEB WEB19 |
|---|---|---|---|---|---|
| FPC | Air Conditioning Contractors & Systems | 9000 | 9660 | KNG | |
| ABL | KNG 928 718-1111 377-5365 | Ø W Ad | Ø W Ad | 928-718-1111 | |
| FPC | Boater's Map Special | 16,188 | — | | |
| RABL | Duct & Hood Cleaning, Sealing, Testing & Repair | 144 | 192 | | |
| RABL | Energy Conservation Products & Services | 144 | 192 | | |
| HPC | Plumbers | 4932 | — | | |
| ABL |  | Ø W Ad | — | | |
| SWBLL | White Pages | 456 | 456 | | |
| ELAR | See Our Ad Under Air Conditioning Contractors & Systems | 84 | 84 | | |
| TEC | Heating Contractors  KNG 928-718-1111 | — | 1320 | | |
| CTMC | Heating Contractors | 1152 | — | | |
| | Subtotal | 32,100 | 11,904 | See Page Two | |
| | Annual Total | | | | |

**REMARKS:**

**Accounting Only:** Customer #: 6700

CAMPAIGN 1: $ ___ Deposit. $ ___ / Mo for ___ Mo Starting ___
3-Payments: 1. $ ___ on ___ 2. $ ___ on ___ 3. $ ___ on ___

CAMPAIGN 2: $ ___ Deposit. $ ___ / Mo for ___ Mo Starting ___
3-Payments: 1. $ ___ on ___ 2. $ ___ on ___ 3. $ ___ on ___

CAMPAIGN 3: $ ___ Deposit. $ ___ / Mo for ___ Mo Starting ___
3-Payments: 1. $ ___ on ___ 2. $ ___ on ___ 3. $ ___ on ___

WEB: $ ___ Deposit. $ ___ / Mo for ___ Mo Starting ___
And ___ / Mo Thereafter

The undersigned person hereby represents that he/she has authority to bind the company identified above. In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety:

Auto-Pay Authorized: x ___   SWBL Upgrade $360 FREE
PLEASE AUTOBILL VIA ACH   INITIAL

SIGNATURE: X _Amanda_   2/11/19
Print Name: Amanda Zipse   Date:

**CONTRACTS CAN ONLY BE CANCELLED WITHIN 72 HOURS**

No verbal agreement is binding. The applicant hereby acknowledges that this agreement includes the terms and conditions on the reverse side including limitations on the company's liability as therein stated.

# ACTIONPages SW LLC
by AMP action media plus

Sales Office, Lake Havasu, AZ:
Office on McCulloch Boulevard Across from Albertsons
Billing: 2021 E. College Way, Suite 101, Mount Vernon, WA 98273
Info@actionyp.com • www.actionyp.com    toll free: (877) 563-9219 / fax: (360) 848-0842

FEB 26 2019

| Pub Code(s): LHC19 | Rep: LT | Page 2 of 2 Same |

**Billing Contact Information**
Name: Air Control Home Services
Address: 2571 N Kiowa Blvd LHC AZ 86403
ZIP:
Phone: [redacted]    Cell: [redacted]
Email: [redacted]

**Proofing Contact Information** — Same
Contact: Alice Jensen / Jim / Amanda
Phone: [redacted]    Fax: [redacted]
Email: [redacted]

**Alpha A — LISTING INFORMATION: EXACTLY as you want it to appear**
Name: Air Control Home Services
Address: 2571 N Kiowa Blvd Lake Havasu City AZ
ZIP:
Phone: [redacted]    Contr. #:
URL:

| ITEM | HEADING INFORMATION | Campaign 1 LHC19 | Campaign 2 KNG19 | Campaign 3 | WEB WEB19 |
|---|---|---|---|---|---|
| CTMC | Insulation Contractors | 1152 | | | |
| TEC | Insulation Contractors | | 1320 | | |
| | Online Book & App | 480 | 600 | | |
| | This Page | 1632 | 1920 | | |
| | Page 1 | 32,100 | 11904 | | |

**REMARKS:**

| | Subtotal | 33,732 | 13824 |
|---|---|---|---|
| | Ad Cost Discount | -21,299 | -9816 |
| | Online App Free | -480 | -600 |
| | Annual Total | 11,953 | 3406 |

**Accounting Only:** $3978
Customer #: 6700
2-26-19  #20465    $1106.

CAMPAIGN 1: $ 3978  Deposit: $ 725 / Mo for 11  Mo Starting 4-1-19
3-Payments: 1. $____ on ____  2. $____ on ____  3. $____ on LNV

CAMPAIGN 2: $ 1106  Deposit: $ 230 / Mo for 10  Mo Starting 4-1-19
3-Payments: 1. $____ on ____  2. $____ on ____  3. $____ on AU

CAMPAIGN 3: $____ Deposit: $____ / Mo for ____ Mo Starting ____
3-Payments: 1. $____ on ____  2. $____ on ____  3. $____ on ____

WEB: $____ Deposit: $____ / Mo for ____ Mo Starting ____
And ____ / Mo Thereafter

The undersigned person hereby represents [redacted] as authority to bind the company identified above. In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety.

Auto-Pay Authorized: x ____    SWBL Upgrade $360 FREE
PLEASE AUTOBILL VIA ACH    INITIAL

SIGNATURE: X  *Amanda*

Print Name: Amanda Zink    Date: 2/11/19

**CONTRACTS CAN ONLY BE CANCELLED WITHIN 72 HOURS**

No verbal agreement is binding. The applicant hereby acknowledges that this agreement includes the terms and conditions on the reverse side including limitations on the company's liability as therein stated.

**ACTIONPages** SW LLC
info@actionyp.com • www.actionyp.com
Sales: Office on McCulloch Boulevard Across from Albertsons
Billing: 2021 E. College Way, Suite 101, Mount Vernon, WA 98273
phone: (360) 848-0870 / fax: (360) 848-0842

Pub Code(s): LHC18   Rep: LTL   Page 1 of 2

**Billing Contact Information** — Same
Name: Air Control Air Conditioning & Heating
Address: 2571 N Kiowa Blvd LHC AZ 86403
Phone: [redacted]   Cell: [redacted]
E-mail: [redacted]

**Proofing Contact Information** — Same
Contact: Alice Jensen / Jim / Amanda
Address: [redacted]
E-mail: [redacted]

Alpha: A

**LISTING INFORMATION:** *EXACTLY* as you want it to appear

Name: Air Control ~~Air Conditioning & Heating~~ HomeServices
Address: 2571 N Kiowa Blvd Lake Havasu City AZ
Phone: [redacted]
URL: _____   Contractor #: _____

| ITEM | HEADING INFORMATION | Book 1 LHC18 | Book 2 KNG18 | Book 3 | Book 4 |
|---|---|---|---|---|---|
| FPC | Air Conditioning Contractors & Systems | 8820 | 9660 | | |
| ABL | | ØW Ad | ØW Ad | | |
| RABL | Duct & Hood Cleaning, Sealing, Testing & Repair | 144 | 180 | | |
| RABL | Energy Conservation Products & Services | 144 | 180 | | |
| HPC | Plumbers | 4830 | — | | |
| ABL | | ØW Ad | — | | |
| SWBLI | White Pages | 444 | 444 | | |
| ELAR | See Our Ad Under Air Conditioning Contractors & Sys- | 84 | 84 | | |
| TEC | | — | 1296 | | |
| CTMC | Heating Contractors | 1128 | — | | |
| KNG18 | Kingman 928-718-1111 | | | | |
| WDYP | Who Do You Prime | | | | |

**REMARKS:**
Subtotal: 15,594  12,144

See Page Two.

Customer #: 6700

Annual Total: _____

**Accounting Only:**

BOOK 1: $ _____ Deposit. $ _____ / Mo for _____ Mo Starting _____
3-Payments: 1. $ _____ on _____ 2. $ _____ on _____ 3. $ _____ on _____

BOOK 2: $ _____ Deposit. $ _____ / Mo for _____ Mo Starting _____
3-Payments: 1. $ _____ on _____ 2. $ _____ on _____ 3. $ _____ on _____

The undersigned person hereby represents that he/she has authority to bind the company identified above. In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety:

Auto-Pay Authorized: x _____ (INITIAL)   SWBL Upgrade $360 FREE

BOOK 3: $ _____ Deposit. $ _____ / Mo for _____ Mo Starting _____
3-Payments: 1. $ _____ on _____ 2. $ _____ on _____ 3. $ _____ on _____

**SIGNATURE: X** [signed]   Date: 2/6/19
Print Name: Amanda Zink

BOOK 4: $ _____ Deposit. $ _____ / Mo for _____ Mo Starting _____
3-Payments: 1. $ _____ on _____ 2. $ _____ on _____ 3. $ _____ on _____

**CONTRACTS CAN ONLY BE CANCELLED WITHIN 72 HOURS.**

No verbal agreement is binding. The applicant hereby acknowledges that this agreement includes the terms and conditions on the reverse side including limitations on the company's liability as therein stated.

AP_Contract_US_Arizona_160623

FEB 14 2010

# ACTIONPages

Sales: Office on McCulloch Boulevard Across from Albertsons
Billing: 2021 E. College Way, Suite 101, Mount Vernon, WA 98273
phone: (360) 848-0870 / fax: (360) 848-0842
info@actionyp.com • www.actionyp.com

Pub Code(s): LHC18   Rep: LTU   Page 2 of 2   Same

**Billing Contact Information**
Name: Air Control Air Conditioning & Heating
Address: 2571 N Kiowa Blvd LHC AZ 86403
Phone: [redacted]   Cell: [redacted]
E-mail: [redacted]

**Proofing Contact Information** — Same
Contact: Alice Jensen / Jim / Amanda
Address: [redacted]
E-mail: [redacted]

**Alpha: A**

**LISTING INFORMATION:** *EXACTLY* as you want it to appear

Name: Air Control ~~Air Conditioning & Heating~~ Home Services
Address: 2571 N Kiowa Blvd Lake Havasu City AZ
Phone: [redacted]
URL:          Contractor #:

| ITEM | HEADING INFORMATION | Book 1 LHC18 | Book 2 KNG18 | Book 3 | Book 4 |
|---|---|---|---|---|---|
| CTMC | Insulation Contractors | 1128 | — | | |
| TEC | Insulation Contractors | — | 1296 | | |
| Int | Online Book & APP | 480 | 600 | | |
| | This Page | 1608 | 1896 | | |
| | Page 1 | 15594 | 12,144 | | |
| | | | | | |
| WDYP | Who Do You Prime | | | | |

| | Book 1 LHC18 | Book 2 KNG18 |
|---|---|---|
| Subtotal | 17,202 | 14040 |
| AdShareDisc | -9356 | -10344 |
| IntFree | -480 | -600 |
| Annual Total | 7366 | 3096 |

**REMARKS:**

Customer #: 6700    $2455 LHC18
Comm Alerts: $1032 KNG18

**Accounting Only:**    $1766 LHC18  Adv
2-13-18 CK# [redacted]    $946 KNG18

BOOK 1: $1766 Deposit: $560 / Mo for 10 Mo Starting 3-1-18
CK# 19540
3-Payments: 1. $_____ on ___ 2. $___ on ___ 3. $___ on ___

BOOK 2: $946 Deposit: $215 / Mo for 10 Mo Starting 3-1-18
CK# 19540
3-Payments: 1. $_____ on ___ 2. $___ on ___ 3. $___ on ___

BOOK 3: $___ Deposit: $___ / Mo for ___ Mo Starting ___
3-Payments: 1. $___ on ___ 2. $___ on ___ 3. $___ on ___

BOOK 4: $___ Deposit: $___ / Mo for ___ Mo Starting ___
3-Payments: 1. $___ on ___ 2. $___ on ___ 3. $___ on ___

The undersigned person hereby represents that he/she has authority to bind the company identified above. In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety.

Auto-Pay Authorized: x _____ INITIAL    SWBL Upgrade $360 FREE

SIGNATURE: X [signature]   Date: 2/6/18
Print Name: Amanda Zini

**CONTRACTS CAN ONLY BE CANCELLED WITHIN 72 HOURS.**

No verbal agreement is binding. The applicant hereby acknowledges that this agreement includes the terms and conditions on the reverse side including limitations on the company's liability as therein stated.

AP_Contract_US_Arizona_160623

JAN 1 8 2017

**ACTIONPages** SW LLC
Sales: Office on McCulloch Boulevard Across from Albertsons
Billing: 2021 E. College Way, Suite 101, Mount Vernon, WA 98273
info@actionyp.com • www.actionyp.com   phone: (360) 848-0870 / fax: (360) 848-0842

Pub Code(s): LHC17   Rep: LTU   Page 1 of 1

**Billing Contact Information**   Same
Name: Air Control Air Conditioning & Heating
Address: 2571 N Kiowa Blvd LHC AZ 86403
Phone: [redacted]   Cell: [redacted]
E-mail: [redacted]

**Proofing Contact Information**   Same
Contact: Alice Jensen / Jim / Amanda
Address: [redacted]
E-mail: [redacted]

**Alpha A — LISTING INFORMATION:** *EXACTLY* as you want it to appear

Name: Air Control Air Conditioning & Heating
Address: 2571 N Kiowa Blvd Lake Havasu City AZ
Phone: [redacted]
URL:       Contractor #:

| ITEM | HEADING INFORMATION | Book 1 LHC17 | Book 2 KNG17 | Book 3 | Book 4 |
|---|---|---|---|---|---|
| FPC | Air Conditioning Contractors & Systems | 8820 | 9660 | | |
| ABL | — | ØWAd | ØWAd | | |
| RABL | Duct & Hood Cleaning, Sealing, Testing & Repair | 144 | 180 | | |
| RABL | Energy Conservation Products & Services | 144 | 180 | | |
| ABT MC | Heating Contractors | 1128 | 180 | | |
| ABT MC | Insulation Contractors | 1128 | 180 | | |
| SWBLL | White Pages | 444 | 444 | | |
| ELAR | See Our Ad Under Air Conditioning Contractors & Systems | 84 | 84 | | |
| HPC | Plumbers | 480 | — | | |
| ABL | — | ØWAd | — | | |
| INT | Internet products & APP | 480 | 600 | | |
| TAN | cell:   email: | | | | |

**REMARKS:** Customer #: 6700

|  | Book 1 | Book 2 |
|---|---|---|
| Subtotal | 16752 | 11508 |
| Ad Share Disc | -9576 | -8094 |
| INT Free | -480 | -600 |
| Annual Total | 6696 | 2814 |

✓ comm Alert $2230.00 LHC17
✓ comm Alert $930.00 KNG17

**Accounting Only:**
1-18-17, #18591, $1674.00 LHC17 AD ✓
$704.00 KNG17 AD ✓

BOOK 1: $1674 CK# [redacted]   Deposit: $502.20 / Mo for 10   Mo Starting 2-1-17
3-Payments: 1. $____ on ____   2. $____ on ____   3. $____ on ____

BOOK 2: $704 CK# [redacted]   Deposit: $211 / Mo for 10   Mo Starting 2-1-17
3-Payments: 1. $____ on ____   2. $____ on ____   3. $____ on ____

BOOK 3: $____   Deposit: $____ / Mo for ____   Mo Starting ____
3-Payments: 1. $____ on ____   2. $____ on ____   3. $____ on ____

BOOK 4: $____   Deposit: $____ / Mo for ____   Mo Starting ____
3-Payments: 1. $____ on ____   2. $____ on ____   3. $____ on ____

The undersigned person hereby represents that he/she has authority to bind the company identified above. In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety:

Auto-Pay Authorized: x [signature] INITIAL   SWBL Upgrade $360 FREE

**SIGNATURE:** X [signature]   Date: 1/12/17
Print Name:

**CONTRACTS CAN ONLY BE CANCELLED WITHIN 72 HOURS.**

No verbal agreement is binding. The applicant hereby acknowledges that this agreement includes the terms and conditions on the reverse side including limitations on the company's liability as therein stated.

AP_Contract_US_Arizona_160623