# PLAINTIFF'S EXHIBIT 45

# Names and Numbers
### Five Star Media

P.O. Box 1479 · Pittsburg, KS 66762
620-231-4000
www.namesandnumbers.com
customerservice@namesandnumbers.com

| Book / Year | Account # | Contract # | Renewal # | Sales Rep | Page | Contract |
|---|---|---|---|---|---|---|
| LHAV25 | 397293 | 1056175 | | CHM | 1 / 1 | 1 / 1 |

↑ DO NOT WRITE IN THIS SPACE ↑

## Billing/Mailing Address
☐ Use As Delivery Address

**Business Name:** Bartlett's Handyman Service
**Attn:** Rheal Bartlett
**Title:**
**Address:** 2179 Diane Dr
**City:** Lake H[...]
**State:**
**Zip:** 86404

## Location (Seen At)
☐ Same As Billing  ☐ Use As Delivery Address

**Business Name:**
**Advertising Contact Person:**
**Title:**
**Address:**
**City:** **State:** **Zip:**
**Telephone:** ( )
**Web:**
**Fax:**

| | | TB | HBD | Work With Account # |
|---|---|---|---|---|
| | | | LHAV | |

| Code | Description | UDAC | Dis Code Rate | | LAS # |
|---|---|---|---|---|---|
| HA3950 | Handy Person Service | TEC | | 756.⁰⁰ | 1 |
| HO2380 | Home Improvement & Remodeling | TEC | | 76.⁰⁰ | 1 |
| HO2700 | Home Maintenance & Repair | BLR | | 76.⁰⁰ | 1 |
| WHITE | White Pages - Lake Havasu Area Businesses | WTC | | 66.⁰⁰ | 1 |
| SPEC | Special Positions | TAD | | | |

| LAS # | Listing Info |
|---|---|
| 1 | Bartlett's Handyman Service<br>Lake Havasu City AZ |

**Charge Down Payment To Credit Card:** ☐ YES ☐ NO
**Charge Installments To Credit Card:** ☐ YES ☐ NO
**On The ____ Day Of The Each Month Authorization #:**
**Check #:**
**T/O**

| | Amount |
|---|---|
| Annual Amount | 772.⁰⁰ |
| Cash Discount | 77.20 |
| Sub-Total | 694.⁸⁰ |
| Tax | 0 |
| Total | 694.⁸⁰ |
| Paid | 694.⁸⁰ |
| Balance | 0 |
| Pay Code | A |
| # Installments | 0 |
| Installment Amount | 0 |

**Special Instructions:** [redacted]

The Applicant acting through the Undersigned, who represents that he is duly authorized by the Applicant, agrees to the payments stated hereon. The terms and conditions on the reverse side of this Application are incorporated into this Application as essential terms and conditions upon which the requested advertising may be placed in any Names & Numbers directory. This Application shall not be binding on either party unless and until accepted in writing by Names & Numbers. Upon such written acceptance, the terms of this Application and attached Terms and Conditions shall become binding as between the parties.

**Authorized By (Please Print):**
**Applicant Signature:** Rheal Bartlett
**Title:** Owner
**Date:** 05/05/2[...]

DOB - MARCH 11

000000771.84



# Names and Numbers — Advertising Application

**Formerly ACTIONlocal**
P.O. Box 1479 • Pittsburg, KS 66762
620-231-4000
www.namesandnumbers.com
customerservice@namesandnumbers.com

Barcode: 317548LHAV24

↑ DO NOT WRITE IN THIS SPACE ↑

| Book/Year | Account # | Contract # | Renewal # | Sales Rep | Page | Contract |
|---|---|---|---|---|---|---|
| LHAV/24 | 317548 | 1610867 | 1621282 | JPH | 1/1 | 1/1 |

## Billing/Mailing Address
- Business Name: Bartlett's Handyman Service
- Attn: Rheal Bartlett
- Address: 2179 Diane Dr
- City: Lake Havasu City
- State: AZ
- Zip: 86404

## Location (Seen At)
(blank)

HBD: LHAV

### Listings

| Heading | UDAC | Dis Code | Rate | LAS # |
|---|---|---|---|---|
| HA3950 Handy Person Service | TEC | | 756 — | 1 |
| HO2380 Home Improvement & Remodeling | TEC | | 756 — | 1 |
| HO2700 Home Maintenance & Repair | BLR | | 396 — | 1 |
| WHITE White Pages | WTC | | 660 — | 2 |
| WHITE White Pages | ELAR | | N/C | 2 |

TAD — 2568
-1796.15

### Listing Info
1. Bartlett's Handyman Service Lake Havasu City
2. Bartlett's Handyman Service Lake Havasu City
   See Our Ad Under Handy Person Service

JUN 13 2023

- Annual Amount: 771.84
- Sub-Total: 771.84
- Tax: —
- Total: 771.84
- Paid: 385.92
- Balance: 385.92
- Pay Code: 2
- # Installments: 1
- Installment Amount: 385.92

CK# [redacted]
$385.92

**Special Instructions:** 00073500
Paid down by ck# [redacted]
$385.92 on 6/8/23

Authorized By: RHEAL BARTLETT 6/8/23
Applicant Signature: [signature] 6/8/23 OWNER

**ACTIONPages** LLC
by AMP action media plus
Info@actionyp.com • www.actionyp.com

Sales Office, Lake Havasu, AZ:
Office on McCulloch Boulevard Across from Albertsons
Billing:
625 N 4th St, Mount Vernon, WA 98273
toll free: (877) 563-9219 / fax: (360) 848-0842

MAY 1 ? REC'D

Pub Code(s): LHC21 / LHC22  Rep: LT  JSU
ARIZONA / COLORADO / NEW MEXICO
Page 1 of 1

→ Listing Information: Exactly As You Want It To Appear   Alpha: B

Name: Bartlett's Handyman Service
Address:
Lake Havasu City
ZIP Code:
Phone: [redacted]
Contr. #:
→ REQUIRED Cell Phone:
Publish: ☐ YES ☐ NO
URL:

→ Billing Contact Information   Same ☐
Name: Bartlett's Handyman Service
Address: 2179 Diane Dr    ZIP Code:
Phone: [redacted]   Cell: [redacted]
Email: [redacted]

→ Proofing Contact Information   Same ☐
Contact: Rheal Bartlett / Ray Bartlett
Phone: [redacted]
Email: [redacted]

MAY 10 2021

| ITEM | HEADINGS & DESCRIPTIONS | Campaign 1 Monthly LHC21 | Campaign 2 Monthly LHC21 | Campaign 3 Monthly | Campaign 4 or WEB Monthly |
|---|---|---|---|---|---|
| TEC | Handyperson Services | $ 103.00 | 103. | | |
| ~~DQCC~~ | | | $ ~~167.00~~ | | |
| ~~ABLR~~ | Home Improvement & Remodeling  Tec | 103. $ ~~30.00~~ | 103- $ ~~30.00~~ | | |
| ABL R | Home Maintenance & Repair | $ 22.00 | $ 22.00 | | |
| SWBLL | White Pages | $ 50.00 | $ 50.00 | | |
| ELAR | See Our Ad Under Handyperson Services | $ 11.00 | $ 11.00 | | |
| ODP | Online Dir Pkg: Optimized actionlocal.com, WhoDoYou & Audio Reviews | | | | $ 50.00 |
| SPK | 3-Page Website | | | | $ 150.00 |
| SPK | Website One-Time Build Fee: $300 | | | | |
| SSL | Website Encryption for Security | | | | $ 50.00 |
| OLM | Listings optimized across 50+ directories \(No listings found online\) | | | | $ 50.00 |
| REV | Review Management | | | | $ 150.00 |

**REMARKS:**   Customer ID: 8263
*** Special Offer *** $735. CASH
Upgrade from a TEC to a DQCC for only $13/mo (normally $64/mo)
2 Year Contract

☐ Run ads same as last year. No proofs required. Free upgrade to red bold listing.
Accounting Only: Cam 1 Ren:65/mo. Sub:216/mo
[redacted]
5/11/21   735.00

The undersigned person hereby represents that he/she has authority to bind the company identified above. In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety.

Auto-Pay Authorized:  x 5/7/2021 SWBL Upgrade ~~$480~~ FREE
PLEASE AUTOBILL VIA ACH

SIGNATURE  X [signature]
Print Name: RHEAL BARTLETT   Date: 5/7/2021

Monthly Subtotal
Discount
Monthly Net Total
Tax:
Monthly Grand Total  161.25  161.25

Campaign 1
$ 735  Deposit. $ _____ / Mo for _____ plus Mo Starting _____

Campaign 2
$ 0  Deposit. $ 61.25 / Mo for 12 plus Mo Starting May 2022

Campaign 3
$ _____  Deposit. $ _____ / Mo for _____ plus Mo Starting _____

Campaign 4 or WEB
$ 300.00  Deposit. $ _____ / Mo for _____ plus Mo Starting _____

KSN19Renovati=12MOP:558_SKA19AARatedC=12MOA:167_SKA19AARatedC=12MOA:149_
PRS2019285158=12MOP:95_SKA19AARatedC=12MOA:71

CONTRACTS CAN ONLY BE CANCELLED WITHIN 72-HOURS. This agreement includes the terms and conditions on the reverse side. No verbal agreement is binding
Terms: 20200221

# ACTIONPages
by AMP action media plus
info@actionp.com • www.actionp.com

**Sales Office, Lake Havasu, AZ:**
Office on McCulloch Boulevard Across from Albertsons
**Billing:**
2021 E. College Way, Suite 101, Mount Vernon, WA 98273
toll free: (877) 563-9219 / fax: (360) 848-0842

ARIZONA / COLORADO / NEW MEXICO

Pub Code(s): LHC20    Rep: LT    Page 1 of 1

### Listing Information: *Exactly As You Want It To Appear*
Name: **Bartlett's Handyman Service**
Address:
Lake Havasu City
ZIP Code:
Phone: [redacted]
Contr. #:
REQUIRED Cell Phone: [redacted]
Publish: ☐ YES ☐ NO
URL:

Alpha: B
JAN 30
BY:

### Billing Contact Information  Same ☐
Name: Bartlett's Handyman Service
Address: 2179 Diane Dr        ZIP Code:
Phone: [redacted]    Cell: [redacted]
Email: [redacted]

### Proofing Contact Information  Same ☐
Contact: Rheal Bartlett / Ray Bartlett
Phone: [redacted]    Fax:
Email: [redacted]

| ITEM | HEADINGS & DESCRIPTIONS | Campaign 1 Monthly LHC20 | Campaign 2 Monthly | Campaign 3 Monthly | Campaign 4 or WEB Monthly |
|---|---|---|---|---|---|
| TEC | Handyperson Services | 1152 yr. | | | |
| ABL R | Home Improvement & Remodeling | ~~$22.00~~ 264 | | | |
| ABL | Home Maintenance & Repair | ~~$22.00~~ 264 | | | |
| SWBLL | White Pages | ~~$50.00~~ 600 | | | |
| ELAR | See Our Ad Under Handyperson Services | 132 | | | |

**REMARKS:**

Monthly Subtotal: 2412
Discount: −1747
Monthly Net Total:
Tax:
Monthly Grand Total: 665

JAN 2 7 2019

**Accounting Only:**
8263
1-29-20    [redacted]    225

Campaign 1
$ 225 CASH   Deposit. $ 220   / Mo for 2   plus Mo Starting 3-1-2020
Campaign 2
$   Deposit. $   / Mo for   plus Mo Starting
Campaign 3
$   Deposit. $   / Mo for   plus Mo Starting
Campaign 4 or WEB
$   Deposit. $   / Mo for   plus Mo Starting

The undersigned person [redacted] has authority to bind the company identified above. In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety:

Auto-Pay Authorized:  x [initials]    SWBL Upgrade $480 FREE
PLEASE AUTODRILL VIA ACH    INITIAL

**SIGNATURE** ➤ X [signature]
Print Name:    Date: 1/24/20

CONTRACTS CAN ONLY BE CANCELLED WITHIN 72 HOURS. This agreement includes the terms and conditions on the reverse side. No verbal agreement is binding.

# ACTIONPages
by AMP action media plus
info@actionp.com • www.actionp.com

Sales Office, Lake Havasu, AZ:
Office on McCulloch Boulevard Across from Albertsons
Billing:
2021 E. College Way, Suite 101, Mount Vernon, WA 98273
toll free: (877) 563-9219 / fax: (360) 848-0842

MAR 27 2019

Pub Code(s): LHC19   Rep: LT   Page 1 of 1

**Billing Contact Information** — Same
Name: Bartlett's Handyman Service
Address: ~~2670 Tanglewood Dr LHC AZ 86403~~
2179 Diane Dr.   ZIP: 86404
Phone: [redacted]   Cell: [redacted]
Email: [redacted]

**Proofing Contact Information** — Same
Contact: Rheal Bartlett / Ray Bartlett [redacted]
Phone: [redacted]   Fax:
Email: [redacted]

Alpha: B

## LISTING INFORMATION: EXACTLY as you want it to appear
Name: Bartlett's Handyman Service
Address: Lake Havasu City
ZIP:
Phone: [redacted]   Contr. #:
URL:

| ITEM | HEADING INFORMATION | Campaign 1 LHC19 | Campaign 2 | Campaign 3 | WEB WEB19 |
|---|---|---|---|---|---|
| ABL | Home Improvement & Remodeling | 144 | | | |
| ABL | Home Maintenance & Repair | 144 | | | |
| SWBLL | White Pages | 456 | | | |
| ELAR | See Our Ad Under Handyperson Services | 84 | | | |
| CTMC | Handyperson Services | 1156 | | | |

**REMARKS:**
Ad Share Dscont  ~~-1857~~  -137
Online APP Fee   -480

Subtotal: 7460
Annual Total: 6631

**Accounting Only:**
Customer #: 8263
Commission Alert [redacted]   3-27-19

MAR 27 2019

CAMPAIGN 1: $ -332   Deposit. $ 331 / Mo for 3   Mo Starting 5-1-19
3-Payments: 1. $ ~~300~~ 221 on ____   2. $ ____ on ____   3. $ ____ on ____

CAMPAIGN 2: $ ____   Deposit. $ ____ / Mo for ____   Mo Starting ____
3-Payments: 1. $ ____ on ____   2. $ ____ on ____   3. $ ____ on ____

CAMPAIGN 3: $ ____   Deposit. $ ____ / Mo for ____   Mo Starting ____
3-Payments: 1. $ ____ on ____   2. $ ____ on ____   3. $ ____ on ____

WEB: $ ____   Deposit. $ ____ / Mo for ____   Mo Starting ____
And ____ / Mo Thereafter

The undersigned person hereby represents that he/she has authority to bind the company identified above. In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety:

Auto-Pay Authorized: x ____   SWBL Upgrade ~~$360~~ FREE
PLEASE AUTOBILL VIA ACH   INITIAL

SIGNATURE: X  /s/ Rheal Bartlett
Print Name: RHEAL BARTLETT   Date: 3/20/19

**CONTRACTS CAN ONLY BE CANCELLED WITHIN 72 HOURS**
No verbal agreement is binding. The applicant hereby acknowledges that this agreement includes the terms and conditions on the reverse side including limitations on the company's liability as therein stated.

NOV 0 9 2017

# ACTIONPages SW LLC

Sales: Office on McCulloch Boulevard Across from Albertsons
Billing: 2021 E. College Way, Suite 101, Mount Vernon, WA 98273
info@actionyp.com • www.actionyp.com   phone: (360) 848-0870 / fax: (360) 848-0842

Pub Code(s): LHC18   Rep: [illegible]   Page ___ of ___

**Billing Contact Information** — Same
Name: Bartlett's Handyman Service
Address: 2670 Tanglewood DR LHC AZ 86403
Phone: [redacted]   Cell: [redacted]
E-mail: [redacted]

Alpha: B

**LISTING INFORMATION:** EXACTLY as you want it to appear

Name: Bartlett's Handyman Service
Address: Lake Havasu City
Phone: [redacted]
URL: ___   Contractor #: ___

**Proofing Contact Information** — Same
Contact: Rheal Bartlett / Ray Bartlett   Phone: [redacted]
Address: 
E-mail: [redacted]

| ITEM | HEADING INFORMATION | Book 1 LHC18 | Book 2 | Book 3 | Book 4 |
|---|---|---|---|---|---|
| ABL | Home Improvement & Remodeling | 144 | | | |
| ABL | Home Maintenance & Repair | 144 | | | |
| SWBLL | White Pages | 444 | | | |
| ELAR | See Our Ad Under Handyperson Services | 84 | | | |
| ~~ALSO~~ | ~~CTMC - AdId: 3754~~ ~~928-230-9264~~ | | | | |
| CTMC | Handyperson Services | 1128 | | | |
| INT | Online & APP | 480 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| WDYP | Who Do You Prime | | | | |

**REMARKS:**
AdShare Disc
Int Free

Customer #: 8263

Subtotal: 2424
AdShare Disc: -1322
Int Free: -480
Annual Total: 662

**Accounting Only:**

11-7-17 CK [redacted]   Adv [redacted]

The undersigned person [redacted] has authority to bind the company identified above. In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety:

Auto-Pay Authorized: x ___ INITIAL   SWBL Upgrade ~~$360~~ FREE

**SIGNATURE:** X [signature]
Print Name: RHEAL BARTLETT   Date: [illegible]/23/17

**CONTRACTS CAN ONLY BE CANCELLED WITHIN 72 HOURS.**

BOOK 1: $ 362   ~~CASH~~   Deposit. $ 300 / Mo for 1   Mo Starting 12-1-17
3-Payments: 1. $ ___ on ___   2. $ ___ on ___   3. $ ___ on ___

BOOK 2: $ ___ Deposit. $ ___ / Mo for ___ Mo Starting ___
3-Payments: 1. $ ___ on ___   2. $ ___ on ___   3. $ ___ on ___

BOOK 3: $ ___ Deposit. $ ___ / Mo for ___ Mo Starting ___
3-Payments: 1. $ ___ on ___   2. $ ___ on ___   3. $ ___ on ___

BOOK 4: $ ___ Deposit. $ ___ / Mo for ___ Mo Starting ___
3-Payments: 1. $ ___ on ___   2. $ ___ on ___   3. $ ___ on ___

No verbal agreement is binding. The applicant hereby acknowledges that this agreement includes the terms and conditions on the reverse side including limitations on the company's liability as therein stated.

AP_Contract_US_Arizona_160623

JAN 0 4 2017

# ACTIONPages SW LLC

Sales: Office on McCulloch Boulevard Across from Albertsons
Billing: 2021 E. College Way, Suite 101, Mount Vernon, WA 98273
info@actionyp.com • www.actionyp.com   phone: (360) 848-0870 / fax: (360) 848-0842

Pub Code(s): LHC17   Rep: LTU   Page 1 of 1

**Billing Contact Information** — Same
Name: Bartlett's Handyman Service
Address: 2670 Tanglewood Dr.
Phone: [redacted]   Cell: [redacted]
E-mail: [redacted]

**Proofing Contact Information** — Same
Contact: Rheal / Ray Bartlett   Phone: [redacted]
Address:
E-mail: [redacted]

Alpha B

**LISTING INFORMATION:** *EXACTLY* as you want it to appear

Name: Bartlett's Handyman Service
Address: Lake Havasu City
Phone: [redacted]
URL:   Contractor #:

| ITEM | HEADING INFORMATION | Book 1 LHC17 | Book 2 | Book 3 | Book 4 |
|---|---|---|---|---|---|
| ABL | Home Improvement & Remodeling | 144 | | | |
| ABL | Home Maintenance & Repair | 144 | | | |
| SWBL L | White Pages w/ Logo | 444 | | | |
| ELAR | See Our Ad Under Handyperson Services | 84 | | | |
| | ( | | | | |
| CTMC | Handyperson Services | 1128 | | | |
| INT | Internet products & APP | 480 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TAN | cell:   email: | | | | |

**REMARKS:** Customer #: 8263

| | |
|---|---|
| Subtotal | 2424 |
| Ad Share Dsc | -1343 |
| Int Free | -480 |
| Annual Total | 601 |

**Accounting Only:**
1·3·17, #2021, $300.00 Adv

BOOK 1: $ 300 Deposit  CK# 2021   / Mo for 30 / Mo Starting 3-1-17
3-Payments: 1. $ ___ on ___ 2. $ ___ on ___ 3. $ ___ on ___

BOOK 2: $ ___ Deposit $ ___ / Mo for ___ Mo Starting ___
3-Payments: 1. $ ___ on ___ 2. $ ___ on ___ 3. $ ___ on ___

The undersigned person hereby represents that he/she has authority to bind the company identified above. In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety:

Auto-Pay Authorized: x ____ INITIAL   SWBL Upgrade $360 FREE

BOOK 3: $ ___ Deposit $ ___ / Mo for ___ Mo Starting ___
3-Payments: 1. $ ___ on ___ 2. $ ___ on ___ 3. $ ___ on ___

**SIGNATURE:** X [signature]
Print Name: RHEAL BARTLETT   Date: 12·28·16

BOOK 4: $ ___ Deposit $ ___ / Mo for ___ Mo Starting ___
3-Payments: 1. $ ___ on ___ 2. $ ___ on ___ 3. $ ___ on ___

**CONTRACTS CAN ONLY BE CANCELLED WITHIN 72 HOURS.**
No verbal agreement is binding. The applicant hereby acknowledges that this agreement includes the terms and conditions on the reverse side including limitations on the company's liability as therein stated.

AP_Contract_US_Arizona_160623