# PLAINTIFF'S EXHIBIT 46

**Names and Numbers**
Five Star Media
P.O. Box 1479 • Pittsburg KS 66762
620-231-4000
www.namesandnumbers.com
customerservice@namesandnumbers.com

| Sales Rep | Account # | Contract # | Renewal # | Sales Rec | Page | Journal |
|---|---|---|---|---|---|---|
| LHAV25 | 396507 | 1057279 | | CBE | 1 / 1 | 1 / 1 |

**Billing Mailing Address** ☒ Use As Delivery Address    **Location (Seen At)** ☒ Same As Billing ☐ Use As Delivery Address

Business Name: Cool Dude Air Conditioning & Heating
Attn: Customer
Address: ~~2738 Sourri King Ct~~ 861 Manor Drive
City: Lake Havasu City   State: AZ   Zip: 86403

Authorized Contact: Roko Haljev   Title: owner
Address: Same

Web: www.thecooldudeair.com
HBO: LHAV

| Heading | | UDAC | Dis Code | Rate | LAS # |
|---|---|---|---|---|---|
| AI1250 | Air Conditioning Contractors | BTB | A | 6000.- | |
| AI1250 | Air Conditioning Contractors | TEC | A | 756 | 1 |
| HES250 | Heat Pumps - Sales & Repair | ABLX | A | 288 | 1 |
| HE6050 | Heating Contractors | 2HSWC | | 312 | 1 |
| WHITE | White Pages - Lake Havasu Area Businesses | WFNC | | 528 | 1 |
| SPEC | Special Positions | TAD | | | |
| | | ~~OLOT~~ | | 7884. | |
| | | | | - 4884. | DISC |

| LAS # | Listing Info | | |
|---|---|---|---|
| 1 | Cool Dude Air Conditioning & Heating<br>Lake Havasu City AZ<br>www.thecooldudeair.com | 928-208-1457 | |

Charge Down Payment To Credit Card: ☐ YES ☐ NO
Charge Installments To Credit Card: ☐ YES ☐ NO
On the _____ Day Of This Each Month   Authorization #

Annual: ~~3251~~ 3800.
Cash Discount:
Sub-Total: 3800.
Tax:
Total: ~~3000~~.
Paid: 3000.
Balance: 0
Pay Code: A
# Installments: /
T/O:
Installment Amount:

Based on ~~illegible~~
CC auth: [REDACTED]

Special Instructions:
5/29  C/5/2@ 8am
⭐ New address ⭐

R804
B45L

The Applicant acting through the Undersigned, who represents that he is duly authorized by the Applicant, agrees to the payments stated hereon. The terms and conditions on the reverse side of this Application are incorporated into this Application as essential terms and conditions upon which the requested advertising may be placed in any Names & Numbers directory. This Application shall not be binding on either party unless and until accepted in writing by Names & Numbers. Upon such written acceptance, the terms of this Application and attached Terms and Conditions shall become binding as between the parties.

Authorized By (Please Print): Roko Haljev   Title: owner
Applicant Signature: X [signature]   Date: 5/31/24

0000003000



**ACTIONPages**
by AMP action media plus
info@actionp.com • www.actionyp.com

Sales Office, Lake Havasu, AZ:
Office on McCulloch Boulevard Across from Albertsons
Billing:
625 N 4th St, Mount Vernon, WA 98273
toll free: (877) 563-9219 / fax: (360) 848-0842

RECEIVED JAN 1 2 2021

Pub Code(s): LHC21      Rep: VKA      Page 1 of 1

→ Billing Contact Information     Same ☐
Name: Cool Dude Air Conditioning & Heating
Address: 2738 Squall King Ct LHC AZ 86404
ZIP Code:
Phone: [redacted]
Email: [redacted]

→ Listing Information: Exactly As You Want It To Appear    Alpha: C
Name: Cool Dude Air Conditioning & Heating
Address: Lake Havasu City
ZIP Code:
Phone: [redacted]    Contr. #:
→ REQUIRED Cell Phone: [redacted]
→ Publish: ☐ YES ☐ NO
URL: www.thecooldudeac.com

→ Proofing Contact Information    Same ☐
Contact: Roko Huljev
Phone: [redacted]
Email: [redacted]

| ITEM | HEADINGS & DESCRIPTIONS | Campaign 1 Monthly LHC21 | Campaign 2 Monthly LHC21 | Campaign 3 Monthly | Campaign 4 or WEB Monthly |
|---|---|---|---|---|---|
| ~~TQCC~~ | Air Conditioning Contractors & Systems | $225.00  237 | $286.00 | | |
| ~~DHCC~~ DHCC | | | | | |
| ABL | | $22.00 | $22.00 | | |
| 2HSCW | Heating Contractors | | | | |
| RABL | Heating Pumps - Sales & Repair | $22.00 | $22.00 | | |
| SWBL | White Pages | $40.00 | $40.00 | | |
| ELAR | See Our Ad Under Air Conditioning Contractors & Systems | $11.00 | $11.00 | | |
| ~~ODP~~ | Online Dir Pkg: Optimized actionlocal.com, WhoDoYou & Audio Reviews | | | | $50.00 |
| SPK | 3-Page Website | | | | $150.00 |
| SPK | Website One-Time Build Fee: $300 | | | | |
| SSL | Website Encryption for Security | | | | $50.00 |
| OLM | Listings optimized across 50+ directories \(No listings found online\) | | | | $50.00 |
| ~~REV~~ | Review Management | | | | $150.00 |

REMARKS:
Invoice Mthly Payments

Book Cycle is 24mo  $4858 for 2 years
☐ Run ads same as last year. No proofs required. Free upgrade to red bold listing.
Accounting Only: Cam 1 Ren:194/mo. Sub:320/mo

Comm Alert $809  commAlert $1619
1/11/21

The undersigned person hereby represents that he/she has authority to bind the company identified above. In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety:
Auto-Pay Authorized: x _____   SWBL Upgrade $480 FREE
PLEASE AUTOBILL VIA ACH   INITIAL

SIGNATURE ➤ X _____
Print Name: _____   Date: 1-7-21

Monthly Subtotal: 332-
Discount: -129.58
Monthly Net Total:
Tax:
Monthly Grand Total: 202.42

Campaign 1:  $202.42  Deposit $ 202.42  /Mo for 23  plus Mo Starting 2-10-2021
Campaign 2:  $ ___  Deposit $ ___  /Mo for ___  plus Mo Starting ___
Campaign 3:  $ ___  Deposit $ ___  /Mo for ___  plus Mo Starting ___
Campaign 4 or WEB:  $300.00  Deposit $ ___  /Mo for ___  plus Mo Starting ___

CONTRACTS CAN ONLY BE CANCELLED WITHIN 72-HOURS. This agreement includes the terms and conditions on the reverse side. No verbal agreement is binding.
Terms: 20200221

# ACTIONPages
by AMP action media plus
info@actionyp.com • www.actionyp.com

Sales Office, Lake Havasu, AZ:
Office on McCulloch Boulevard Across from Albertsons
Billing:
2021 E. College Way, Suite 101, Mount Vernon, WA 98273
Toll free: (877) 563-9219 / fax: (360) 848-0042

Pub Code(s): LHC20    Rep: VKA    Page 1 of 1

**→ Billing Contact Information**    Same ☐
Name: Cool Dude Air Conditioning & Heating
Address: 2738 Squall King Ct LHC AZ 86404
ZIP Code:
Phone:
Email:

**→ Listing Information: Exactly As You Want It To Appear**
Name: Cool Dude Air Conditioning & Heating
Alpha: C
Address: Lake Havasu City
ZIP Code:
Phone:
Contr. #:
→ REQUIRED Cell Phone:
→ Publish: ☐ YES ☐ NO
URL: www.thecooldudeac.com

**→ Proofing Contact Information**    Same ☐
Contact: Roko Huljev
Phone:
Email:

| ITEM | HEADINGS & DESCRIPTIONS | Campaign 1 Monthly LHC20 | Campaign 2 Monthly | Campaign 3 Monthly | Campaign 4 or WEB |
|---|---|---|---|---|---|
| TQCC | Air Conditioning Contractors & Systems | 2088 | | | |
| ABL | | 264 | | | |
| 2HSCW | Heating Contractors | 468 | | | |
| RABL | Heating Pumps - Sales & Repair | 264 | | | |
| SWBL | White Pages | 360 | | | |
| ELAR | See Our Ad Under Air Conditioning Contractors & Systems | 132 | | | |
| ODP | Online Directory Package: Optimized actionlocal.com, WhoDoYou & Audio Reviews | | | | $50.00 |
| SPK | 3-Page Website | | | | $150.00 |
| SSL | Website Encryption for Security | | | | $50.00 |
| OLM | Listings optimized across 50+ directories (No listings found online) | | | | $50.00 |
| REV | Review Management | | | | $50.00 |

**REMARKS:** PIF CC

Monthly Subtotal: 3576
Discount: -1499
Monthly Net Total:
Tax:
Monthly Grand Total: 2077

**Accounting Only:**
10320
1-20-20
$2077

Campaign 1: $2077   Deposit: $   / Mo for   plus No Starting
Campaign 2:        Deposit: $   / Mo for   plus No Starting
Campaign 3:        Deposit: $   / Mo for   plus No Starting
Campaign 4 or WEB: Deposit: $   / Mo for   plus No Starting

The undersigned pe... In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety:

Auto-Pay Authorized: x       SWBL Upgrade $480 FREE
PLEASE AUTOBILL VIA ACH    valid

SIGNATURE ▶ X
Print Name:    Date: 1-16-2020

CONTRACTS CAN ONLY BE CANCELLED WITHIN 72 HOURS. This agreement includes the terms and conditions on the reverse side. No verbal agreement is binding.



**ACTIONPages** by AMP action media plus
Sales Office, Lake Havasu, AZ:
Office on McCulloch Boulevard Across from Albertsons
Billing: JAN 0 2 2019
2021 E. College Way, Suite 101, Mount Vernon, WA 98273
info@actionyp.com • www.actionyp.com   toll free: (877) 563-9219 / fax: (360) 848-0842

Alpha C   **LISTING INFORMATION:** EXACTLY as you want it to appear

Name: Cool Dude Air Conditioning & Heating The
Address: Lake Havasu City
ZIP:
Phone: [redacted]   Contr. #:
URL: www.thecooldudeac.com  Thecooldudeair.com

Pub Code(s): LHC19   Rep: VKA   Page 1 of 1
Billing Contact Information   Same
Name: Cool Dude Air Conditioning & Heating The
Address: 2738 Squall King Ct LHC AZ 86404
ZIP:
Phone: [redacted]
Email: [redacted]
Proofing Contact Information   Same
Contact: Roko Huljev
Phone: [redacted]   Fax:
Email: [redacted]

| ITEM | HEADING INFORMATION | Campaign 1 LHC19 | Campaign 2 | Campaign 3 | WEB WEB19 |
|---|---|---|---|---|---|
| TQCC | Air Conditioning Contractors & Systems | 2676 | | | |
| ABL | | ow/Ad | | | |
| 2HSWC | Heating Contractors | 456 | | | |
| RABL | Heating Pumps - Sales & Repair | 156 | | | |
| SWBL | White Pages | 360 | | | |
| ELAR | See Our Ad Under Air Conditioning Contractors & Systems | 77 | | | |

REMARKS:
PIF
$1888.00  CC  1/2/19
PIF [redacted]

Subtotal 3876
Discount -1988
Annual Total 1888

**Accounting Only:**
Customer #: 10320

CAMPAIGN 1: $ 1888 Deposit. $ ___ / Mo for ___ Mo Starting 1.2.19
3-Payments: 1. $ ___ on ___ 2. $ ___ on ___ 3. $ ___ on ___

The undersigned person hereby represents that he/she has authority to bind the company identified above. In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety:

Auto-Pay Authorized: x ___   SWBL Upgrade $360 FREE
PLEASE AUTOBILL VIA ACH      INITIAL

**SIGNATURE:** X [signature]
Print Name: ___   Date: 12-28-18
**CONTRACTS CAN ONLY BE CANCELLED WITHIN 72 HOURS**

And ___ / Mo Thereafter

No verbal agreement is binding. The applicant hereby acknowledges that this agreement includes the terms and conditions on the reverse side including limitations on the company's liability as therein stated.

**ACTIONPages**
info@actionyp.com • www.actionyp.com
Sales: Office on McCulloch Boulevard Across from Albertsons
Billing: 2021 E. College Way, Suite 101, Mount Vernon, WA 98273
phone: (360) 848-0870 / fax: (360) 848-0842

DEC 05 2017

Pub Code(s): LHC18   Rep: VKA   Page: of Same

**Billing Contact Information**
Name: Cool Dude Air Conditioning & Heating The
Address: 2738 Squall King Ct LHC AZ 86404
Phone: [redacted]
E-mail: [redacted]

**Proofing Contact Information** — Same
Contact: Roko Huljev   Phone: [redacted]
Address: [redacted]
E-mail: [redacted]

**LISTING INFORMATION:** *EXACTLY* as you want it to appear
Alpha: C
Name: Cool Dude Air Conditioning & Heating The
Address: Lake Havasu City
Phone: [redacted]
URL: www.thecooldudeac.com   Contractor #:

| ITEM | HEADING INFORMATION | Book 1 LHC18 | Book 2 | Book 3 | Book 4 |
|---|---|---|---|---|---|
| TQCC | Air Conditioning Contractors & Systems | 2628 | | | |
| ABL | | w/AD | | | |
| RABL | Heating Contractors | 144 | | | |
| SWBL | White Pages | 360 | | | |
| ELAR | See Our Ad Under Air Conditioning Contractors & Sys- | 72 | | | |
| RABL | Heating Pumps - Sales & Repair "New Category in Book" | 144 | | | |
| WDYP | Who Do You Prime | | | | |
| | Subtotal | 3348 | | | |
| | | -1659 | | | |
| | Annual Total | 1689 | | | |

**REMARKS:** PIF 1689—
CC #.
Customer #: 10320

**Accounting Only:**
DEC 04 2017
12-4-17   [redacted]   $1689   [redacted]   Pif

Auto-Pay Authorized: x _____ INITIAL   SWBL Upgrade $360 FREE

SIGNATURE: X _____
Print Name: _____   Date: 12/1/17

**CONTRACTS CAN ONLY BE CANCELLED WITHIN 72 HOURS.**

The undersigned person hereby represents that he/she has authority to bind the company identified above. In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety:

BOOK 1: $ _____ Deposit. $ _____ / Mo for _____ Mo Starting _____
3-Payments: 1. $ _____ on _____ 2. $ _____ on _____ 3. $ _____ on _____

BOOK 2: $ _____ Deposit. $ _____ / Mo for _____ Mo Starting _____
3-Payments: 1. $ _____ on _____ 2. $ _____ on _____ 3. $ _____ on _____

BOOK 3: $ _____ Deposit. $ _____ / Mo for _____ Mo Starting _____
3-Payments: 1. $ _____ on _____ 2. $ _____ on _____ 3. $ _____ on _____

BOOK 4: $ _____ Deposit. $ _____ / Mo for _____ Mo Starting _____
3-Payments: 1. $ _____ on _____ 2. $ _____ on _____ 3. $ _____ on _____

No verbal agreement is binding. The applicant hereby acknowledges that this agreement includes the terms and conditions on the reverse side including limitations on the company's liability as therein stated.

**ACTIONPages** SW LLC
Sales: Office on McCulloch Boulevard Across from Albertsons
Billing: 2021 E. College Way, Suite 101, Mount Vernon, WA 98273
info@actionyp.com • www.actionyp.com • toll free: (877) 563-9219 / fax: (360) 848-0842

MAR 1 6 2017

Pub Code(s): LHC17    Rep: VKA    Page 1 of 10

**Billing Contact Information**    Same

Name: Cool Dude
Address: 2738 Squall King Ct
Lake Havasu City AZ 86404
Phone:    Cell:
E-mail:

**Proofing Contact Information**    Same
Contact: Rolco Huljev    Phone:
Address:
E-mail:

**LISTING INFORMATION:** EXACTLY as you want it to appear

Name: Cool Dude Air Conditioning & Heating, The
Address: Lake Havasu City AZ
Phone:
URL: www.TheCoolDudeAC.com    Contractor #:

| ITEM | HEADING INFORMATION | | | | | |
|---|---|---|---|---|---|---|
| TDCC | Air Conditioning Contractors & Systems | 2628 | | | | |
| ABL |  | PWAd | | | | |
| RABL | Heating Contractors | 144 | | | | |
| SWBL | White Pages | 360 | | | | |
| ELAR | See Our Ad under Air Conditioning Contractors & Systems | 84 | | | | |
| IAT | Internet products & APP | 480 | | | | |

**REMARKS:**

Subtotal 3696
AdShareDsc -1681
Int Fee -480

Annual Total 1535

**Accounting Only:**
3/16/17    PIF

$ 1535 Deposit. $ ___ / Mo for ___ Mo Starting ___
PD VISA PIF
3-Payments: 1. $ ___ on ___ 2. $ ___ on ___ 3. $ ___ on ___

BOOK 2: $ ___ Deposit. $ ___ / Mo for ___ Mo Starting ___
3-Payments: 1. $ ___ on ___ 2. $ ___ on ___ 3. $ ___ on ___

The undersigned person hereby represents that he/she has authority to bind the company identified above. In return for the commercial benefit of this contract, said Authorized Signer now executes this contract on behalf of the company; and further binds himself/herself and his/her marital community to guarantee the full and prompt payment of all sums promised as they become due. By Corporate Officer & Individual Surety:

Auto-Pay Authorized: x ___ INITIAL    SWBL Upgrade $360 FREE

BOOK 3: $ ___ Deposit. $ ___ / Mo for ___ Mo Starting ___
3-Payments: 1. $ ___ on ___ 2. $ ___ on ___ 3. $ ___ on ___

**SIGNATURE: X** ___
Print Name: Rolco Huljev    Date: 3/3/17

BOOK 4: $ ___ Deposit. $ ___ / Mo for ___ Mo Starting ___
3-Payments: 1. $ ___ on ___ 2. $ ___ on ___ 3. $ ___ on ___

**CONTRACTS CAN ONLY BE CANCELLED WITHIN 72 HOURS.**
No verbal agreement is binding. The applicant hereby acknowledges that this agreement includes the terms and conditions on the reverse side including limitations on the company's liability as therein stated.

AP_Contract_US_Arizona_161202