Jeffrey D. Harris (SBN AZ 031136)
Annabel Barraza (SBN AZ 037108)
STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Telephone: 602.279.1600
jeff.harris@stinson.com
annabel.barraza@stinson.com

*Attorneys for Plaintiff K.W. Brock Directories, Inc. aka Names and Numbers*

David Potts
Jones Skelton & Hochuli, PLC
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
Telephone: 602.263.1700
jpotts@jshfirm.com

*Attorneys for Arvig Enterprises, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| K.W. Brock Directories, Inc. aka Names and Numbers, a Kansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>Cydni Beck aka Cyd Beck and Doe Beck, a married couple; Arvig Enterprises, Inc. dba Arvig Media, a Minnesota corporation,<br><br>Defendants. | Case No. 3:25-cv-08172-MTL<br><br>**JOINT PRE-HEARING STATEMENT** |

Pursuant to the Court's Order (Doc. 24), the parties hereby submit the following joint statement:

**A.    COUNSEL FOR THE PARTIES**

<u>Plaintiff</u>: Jeffrey D. Harris and Annabel Barraza for the Stinson LLP firm represent Plaintiff. The firm's address is 1850 N. Central Avenue, Suite 2100, Phoenix, AZ 85004, Telephone: 602.279.1600. Mr. Harris's email is: jeff.harris@stinson.com.

0803014.0017/231890348

Defendants:

David Potts for the Jones Skelton & Hochuli, PLC firm represents Defendant, Arvig Enterprises ("Arvig Media"). The firm's address is 40 N. Central Avenue, Suite 2700, Phoenix, AZ 85004. Telephone: 602.263.1700. Mr. Potts's email is jpotts@jshfirm.com.

Frank M. Fox for the FFox Law LLC firm represents Defendant, Cydni Beck ("Ms. Beck"). The firm's address is 80 E. Palomino Drive, Tempe, AZ 85284. Telephone: 602.908.1707. Mr. Fox's email is fmetzfox@ffoxlaw.com.

**B.    STATEMENT OF JURISDICTION**

This Court has jurisdiction over the subject matter of this action under 28 U.S.C § 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000. The parties do not dispute this Court's jurisdiction.

**C.    LIST OF WITNESSES**

1.    Plaintiff's Witnesses:

*Witnesses who will be called at the hearing*

| Name & Address | Fact/Expert | Brief Statement Re Testimony |
|---|---|---|
| Todd McKnight<br>c/o Stinson LLP<br>1850 N. Central Avenue<br>Suite 2100<br>Phoenix, AZ 85004 | Fact witness<br><br>In-person | Mr. McKnight is the president of Names and Numbers. He is expected to testify about Plaintiff's business in Arizona, the subject employment agreement, Ms. Beck's work for Names and Numbers, Ms. Beck's communications with him directly leading up to and after her termination, relevant communications that he is aware of with or from Names and Numbers' customers about Defendants' activities and/or their accounts, and Defendants' unlawful, tortious, and/or extra-contractual activities. Mr. McKnight is expected to testify consistently with the testimony he provided |

| | | by swearing under oath as to the veracity of the fact section of the Verified Complaint (Doc. 1). He is expected to testify consistently with Plaintiff's factual positions in the Motion for Preliminary Injunction (Doc. 9) and the Reply in Support of the Motion for Preliminary Injunction (Doc. 31), and any other relevant matters of which he has personal knowledge or as the corporate representative of Plaintiff. |
|---|---|---|
| Cydni Beck<br><br>c/o FFox Law LLC firm represents Defendant, Cydni Beck ("Ms. Beck").  The firm's address is 80 E. Palomino Drive, Tempe, AZ 85284. | Fact witness<br><br>In-person | Ms. Beck is expected to testify about her time and work at Names and Numbers, her work with Arvig Media, and communications she had with Names and Numbers' current, past, and/or potential clients. She is also expected to testify about any facts referred to in Docs. 1 (Verified Complaint, 9 (Motion for Preliminary Injunction), or 31 (Reply in Support of the Motion for Preliminary Injunction). |

*Witnesses who may be called at the hearing*

| Name & Address | Fact/Expert | Brief Statement Re Testimony |
|---|---|---|
| Amanda Gruben<br>c/o Stinson LLP<br>1850 N. Central Avenue<br>Suite 2100<br>Phoenix, AZ 85004 | Fact witness<br><br>Via video | Ms. Gruben is Names and Numbers' representative for regions in Washington and Idaho. She will testify about any facts she knowledge of in Docs. 1, 9, or 31. She will |

| | | testify of any communications with or from Names and Numbers' customers relevant to these proceedings of which she is aware. She will testify about the actions of other Arvig Media representatives. |
|---|---|---|
| Troy Eckhoff<br>c/o Stinson LLP<br>1850 N. Central Avenue<br>Suite 2100<br>Phoenix, AZ 85004 | Fact witness<br>Via video | Troy Eckhoff is Marketing Consultant at Names and Numbers. He will testify about any facts he knowledge of in Docs. 1, 9, or 31. He will testify of any communications with or from Names and Numbers' customers relevant to these proceedings of which he is aware. He will testify about the impact Defendants' actions have had on Names and Numbers' business and other related aspects of Plaintiff's business. |

*Witnesses who are unlikely to be called at the hearing*

| Corporate representative of Inman Law | Fact witness<br>Via video | A corporate representative of Inman Law is expected to testify, consistently with Doc. 31-3, that Inman Law reached out to Plaintiff wanting to cancel its subscription because Names and Numbers was no longer doing print, and would also be doing digital with Arvig Media. They then came back to Names and Numbers asking for a quote because Arvig Media is not doing digital. |
|---|---|---|
| Corporate representative | Fact witness<br>Via video | A corporate representative of Bar None Plumbing is expected |

4

| | | |
|---|---|---|
| of Bar None Plumbing | | to testify, consistently with Doc. 31-4, that Ms. Beck told them Plaintiff was "bought out." |
| Corporate representative of Haven Health Lakeside | Fact witness<br>Via video | A corporate representative of Haven Health Lakeside is expected to testify, consistently with Doc. 9-5, that Ms. Beck told them Plaintiff was "bought out" and that Ms. Beck gave them an Arvig contract |

2. <u>Defendants' Witnesses:</u>

*Witnesses who will be called at the hearing*

| Name & Address | Fact/Expert | Brief Statement Re Testimony |
|---|---|---|
| Todd McKnight<br>c/o Stinson LLP<br>1850 N. Central Avenue<br>Suite 2100<br>Phoenix, AZ 85004 | Fact witness<br>In-person | Mr. McKnight is the Chief Operating Officer of K.W. Brock (which does business as Names and Numbers). He is expected to testify as to the allegations contained in his Complaint and in the briefing on the Motion for a Preliminary Injunction. He is further expected to testify as to Names and Numbers' business practices and decisions, including its decision to stop offering printed business directories, and the impact of those practices and decisions upon its business. Finally, he is expected to testify regarding his communications to employees regarding this lawsuit and the use of this lawsuit as a sales tactic by Names and Numbers |

| | | employees. |
|---|---|---|
| Cydni Beck<br><br>c/o FFox Law LLC firm represents Defendant, Cydni Beck ("Ms. Beck"). The firm's address is 80 E. Palomino Drive, Tempe, AZ 85284. | Fact witness<br><br>In-person | Ms. Beck is a defendant in this matter. She is expected to testify regarding her employment with Names and Numbers, her independent contractor relationship with Arvig, her sales activities, and the lack of any digital sales on behalf of Arvig. She is also expected to testify regarding the sales tactics of current representatives of Names and Numbers, including representations by Names and Numbers employees (namely Mark Shoban) that Arvig will not be putting out a printed directory because of this litigation. |

*Witnesses who may be called at the hearing*

| Name & Address | Fact/Expert | Brief Statement Re Testimony |
|---|---|---|
| Rich Richter<br>c/o Jones, Skelton & Hochuli<br>40 N. Central Ave., Suite 2700 | Fact witness<br><br>In-person | Mr. Richter[1] is the Directories Manager for Arvig. He is expected to testify that Arvig has historically offered printed business directories and has |

---

[1] It is expected – and, in Arvig's estimation, likely – that Mr. Richter will testify on behalf of Arvig. However, he is listed as "may" because of the possibility that Mr. Schornack will fill that role instead. To ensure full disclosure, Arvig expects that Mr. Richter is likely to testify and that Mr. Schornack is less likely to testify, but still may testify.

| | | |
|---|---|---|
| Phoenix, Arizona 85004 | | expanded that business. He is expected to testify that he retained Ms. Beck as an independent contractor subject to the parties' independent contractor agreement, and he is expected to testify that Ms. Beck only ever sold services related to printed directories for Arvig. |
| David Schornack<br>c/o Jones, Skelton & Hochuli<br>40 N. Central Ave., Suite 2700<br>Phoenix, Arizona 85004 | Fact witness<br><br>Via video | Mr. Schornack is the Director of Business Development and Sales for Arvig. He is expected to testify that Arvig has historically offered printed business directories and has expanded that business. He is expected to testify that he retained Ms. Beck as an independent contractor subject to the parties' independent contractor agreement, and he is expected to testify that Ms. Beck only ever sold services related to printed directories for Arvig. |
| Mark Shoban<br>c/o Stinson LLP<br>1850 N. Central Avenue<br>Suite 2100<br>Phoenix, AZ 85004 | Fact witness<br><br>Via video | Upon information and belief, Mr. Shoban is a sales representative for Names and Numbers. He may testify regarding his interactions with customers related to Ms. Beck, including statements he made to customers regarding Ms. Beck and regarding this lawsuit. |

*Witnesses who are unlikely to be called at the hearing*

Representatives of the Following Companies:

(1)    Yavapai Block Co., Inc.

(2)    Inman Law

7

|   |      |                                                          |
|---|------|----------------------------------------------------------|
| (3)  | Bar None Plumbing                                        |
| (4)  | A+ Health Insurance                                      |
| (5)  | The Sandy Norman Team                                    |
| (6)  | Alternate Solutions Care Giver Specialist LLC            |
| (7)  | About Time Septic Tank Plumbing                          |
| (8)  | Air Control Home Services                                |
| (9)  | Arizona Coast Ear Nose and Throat Allergy & Sleep Medicine |
| (10) | Bartlet Handyman Service                                 |
| (11) | Cool Dude Air Conditioning and Heating                   |
| (12) | Rattlesnake Rentals                                      |
| (13) | Range Insurance                                          |
| (14) | A&E Flooring and Construction                            |
| (15) | Advantage Windshield & Glass                             |
| (16) | Right Choice Moving & Storage                            |
| (17) | Rodgers Tile & Flooring                                  |
| (18) | Tri-Tech Automotive                                      |
| (19) | Secure Data Storage & Shredding                          |
| (20) | Papa Leone's Pizza                                       |
| (21) | Quality Rain Gutters Inc.                                |
| (22) | Patts Garden Center                                      |
| (23) | Clarkston Rent-A-Space                                   |
| (24) | Laird & Associates                                       |
| (25) | Truck & Auto Paint Shoppe                                |
| (26) | Extreme Auto                                             |
| (27) | Law Office of Jeffrey R. Pollock                         |
| (28) | ACT Heat & Air                                           |
| (29) | Buds Powersports                                         |
| (30) | Rachel Knudtsen                                          |

With Names and Numbers' Reply in Support of the Motion for a Preliminary Injunction, it identified the above Names and Numbers customers and alleged that they were all involved in some sort of unlawful conduct involving Ms. Beck and Arvig. Given that this information was just provided with the Reply this week, Arvig has not had the opportunity to fully investigate all of the specific customers involved. It is possible that Arvig, upon investigation, will call one or more of the representatives of these businesses to testify as to their interactions with Ms. Beck and/or Arvig and the decision not to renew with Names and Numbers.

Each party understands that it is responsible for ensuring that the witnesses it wishes to call to testify are subpoenaed. Each party further understands that any witness a party wishes to call shall be listed on that party's list of witnesses above and that party cannot rely on that witness having been listed or subpoenaed by another party.

**D.     LIST OF EXHIBITS**

1.     The following exhibits are admissible in evidence and may be marked in evidence by the Clerk:

   a.     Plaintiff's Exhibits:

| Exhibit No. | Exhibit Title | Filed Location | Objections? |
|---|---|---|---|
| 1. | Cyndi Beck Employment Contract | Complaint Exhibit A | None from Arvig. |
| 2. | July 22, 2025 Ms. Beck Resignation Email | Complaint Exhibit B | None from Arvig. |
| 3. | July 23, 2025 Response to Ms. Beck Resignation | Complaint Exhibit C | None from Arvig. |
| 4. | July 24, 2025 N&N letter to Arvig | Complaint Exhibit D | None from Arvig. |

9

| | | | |
|---|---|---|---|
| 5. | July 30, 2025 Mr. McKnight email to Ms. Beck | Complaint Exhibit E | None from Arvig. |
| 6. | April 9 Email from Cyd Beck to R. Flair | PI Motion Exhibit D (Doc. 31-5) | This is not the item described. Doc. 31-5 is an Arvig contract with Bar None Plumbing. |
| 7. | August 6 Email from Catlin Bolan to Cyd Beck | PI Motion Exhibit B (Doc. 31-3) | This is not the item described. Doc. 31-3 is an e-mail from Lisa Inman. Further, Doc. 31-3 is inadmissible hearsay. |
| 8. | April 7 Email from Cyd Beck to Michelle Kopfmann | PI Motion Exhibit C (Doc. 31-4) | This is not the item described. Doc. 31-4 is an e-mail from Mark Shoban to Todd McKnight. Further, Doc. 31-4 is inadmissible hearsay. |
| 9. | April 7 Email from Michelle Kopfmann to Cyd Beck | PI Motion Exhibit A (Doc. 31-2) | This is not the item described. Doc. 31-2 is an e-mail from Mark Shoban to Todd McKnight. Further, Doc. 31-2 is inadmissible hearsay. |
| 10. | February 12 Email from Cyd Beck to Client Midi Stine | Not filed previously - filed on 10/16/25 | Arvig does not have a copy of this document and therefore reserves it rights to object to same. |
| 11. | March 10 Email from Cyd Beck to Client | PI Motion Exhibit F (Doc. 31-7) | This is not the item described. Doc. 31-7 is a collection of documents and appears to be an e-mail from a Names and Numbers employee. Further, Doc. 31-7 is inadmissible hearsay. |
| 12. | June 25 Email from Cyd Beck to Client MackSigns | PI Motion Exhibit G (Doc. 31-8) | This is not the item described. Doc. 31-8 is a handwritten note regarding a |

|  |  |  | conversation with a customer. Further, Doc. 31-8 is inadmissible hearsay. |
|---|---|---|---|
| 13. | March 19 Email from Cyd Beck to Client R. Flair | PI Motion Exhibit E (Doc. 31-6) | This is not the item described. Doc. 31-6 is a September 15 internal e-mail exchange within Names and Numbers. Further, Doc. 31-6 is inadmissible hearsay. |
| 14. | ~~Lake Havasu Market Detail Contract Cancellations~~ | ~~Not filed previously - filed on 10/16/25~~ | Arvig does not have a copy of this document and therefore reserves it rights to object to same. [Names and Numbers withdraws this exhibit as duplicative.] |
| 15. | September 9 Emails from Lisa Inman | PI Reply Exhibit B (Doc. 31-3) | Arvig objects to this as hearsay. |
| 16. | Message Board Exchange Re: Tim's Actions | PI Reply Exhibit C (Doc. 31-4) | This is not the item described. Doc. 31-4 is an e-mail from Mark Shoban to Todd McKnight. Further, Doc. 31-4 is inadmissible hearsay. |
| 17. | September 30 Market Detail | PI Reply Exhibit CC (Doc. 31-27) | None from Arvig. |
| 18. | Bar None Plumbing Lost Contract with N&N | PI Reply Exhibit D (Doc. 31-5) | This is not the item described. Doc. 31-5 is a contract between Bar None Plumbing and Arvig, not a "lost contract" with Names and Numbers. Aside from objecting to the description, Arvig does not object to Doc. 31-5. |
| 19. | A+ Health Insurance Lost Contract with N&N | PI Reply Exhibit F (Doc. 31-7) | This is not the item described. Doc. 31-7 is a contract between A+ Health |

11

|  |  |  | Insurance and Arvig, not a "lost contract" with Names and Numbers. Aside from objecting to the description, Arvig does not object to Doc. 31-7. |
|---|---|---|---|
| 20. | Notes from September 10 call with "Sandy Woman" | PI Reply Exhibit G (Doc. 31-8) | Arvig objects to this as hearsay. |
| 21. | Notes from September 9 call with Amy Taylor | PI Reply Exhibit H (Doc. 31-9) | Arvig objects to this as hearsay. |
| 22. | Range Insurance Lost Contract with N&N | PI Reply Exhibit L (Doc. 31-12) | Arvig objects to this because it is unauthenticated hearsay. It is not executed and lacks a date, so it is unclear what it is supposed to show. |
| 23. | A&E Flooring and Construction Lost Contract with N&N | PI Reply Exhibit M (Doc. 31-13) | Arvig objects to this because it is unauthenticated hearsay. It is not executed and lacks a date, so it is unclear what it is supposed to show. |
| 24. | Advantage Windshield & Glass Lost Contract with N&N | PI Reply Exhibit N (Doc. 31-14) | Arvig objects to this because it is unauthenticated hearsay. It is not executed and lacks a date, so it is unclear what it is supposed to show. |
| 25. | Right Choice Moving & Storage Lost Contract with N&N | PI Reply Exhibit O (Doc. 31-15) | Arvig objects to this because it is unauthenticated hearsay. It is not executed and lacks a date, so it is unclear what it is supposed to show. |
| 26. | Rodgers Tile & Flooring Lost Contract with N&N | PI Reply Exhibit P (Doc. 31-16) | Arvig objects to this because it is unauthenticated hearsay. It is not |

| | | | executed and lacks a date, so it is unclear what it is supposed to show. |
|---|---|---|---|
| 27. | Tri-Tech Automotive Lost Contract with N&N | PI Reply Exhibit Q (Doc. 31-17) | Arvig objects to this because it is unauthenticated hearsay. It is not executed and lacks a date, so it is unclear what it is supposed to show. |
| 28. | Secure Data Storage & Shredding Lost Contract with N&N | PI Reply Exhibit R (Doc. 31-18) | Arvig objects to this because it is unauthenticated hearsay. It is not executed and lacks a date, so it is unclear what it is supposed to show. |
| 29. | Papa Leone's Pizza Lost Contract with N&N | PI Reply Exhibit S (Doc. 31-19) | Arvig objects to this because it is unauthenticated hearsay. It is not executed and lacks a date, so it is unclear what it is supposed to show. |
| 30. | Quality Rain Gutters Lost Contract with N&N | PI Reply Exhibit T (Doc. 31-20) | Arvig objects to this because it is unauthenticated hearsay. It is not executed and lacks a date, so it is unclear what it is supposed to show. |
| 31. | ~~Market Detail Lake Havasu Cancellations~~ | ~~Not filed previously - filed on 10/16/25~~ | Arvig does not have a copy of this document and therefore reserves it rights to object to same. [Names and Numbers withdraws this exhibit as duplicative.] |
| 32. | Video Recording from Extreme Auto capturing Tim saying he is | PI Reply Exhibit X[2] | Arvig does not have a copy of this document and therefore reserves it rights to object to same. |

---

[2] The videorecording has not yet been delivered to the Court. Plaintiff is waiting for the Court's decision on Plaintiff's Motion for Leave to File Video File Exhibit with the Court (Doc. 32).

13

|     |                                                          |                                                    |                                                                                                                                                                                                          |
| --- | -------------------------------------------------------- | -------------------------------------------------- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | taking over for Amanda                                   |                                                    |                                                                                                                                                                                                          |
| 33. | September 24 Email from Mark Shoban                      | PI Reply Exhibit A(Doc. 31-2)                      | Arvig objects to this as hearsay.                                                                                                                                                                        |
| 34. | August 7 Email on Yaka Business lost to Arvig            | PI Reply Exhibit AA (31-26)                        | Arvig objects to this as hearsay.                                                                                                                                                                        |
| 35. | September 23 Email on Loss of Bar None Plumbing          | PI Reply Exhibit C (Doc. 31-4)                     | Arvig objects to this as hearsay.                                                                                                                                                                        |
| 36. | September 15 Email from Amanda Gruben                    | PI Reply Exhibit U (Doc. 31-21)                    | Arvig objects to this as hearsay.                                                                                                                                                                        |
| 37. | August 13 Email from Amanda Gruben                       | PI Reply Exhibit V (Doc. 31-22)                    | Arvig objects to this as hearsay.                                                                                                                                                                        |
| 38. | August 7 Email from Amanda Gruen                         | PI Reply Exhibit W (Doc. 31-23)                    | Arvig objects to this as hearsay.                                                                                                                                                                        |
| 39. | September 25 Email from Craig Jennings                   | PI Reply Exhibit Z (Doc. 31-25)                    | Arvig objects to this as hearsay, except as to Besty Smith's e-mail to Alejandra Salas.                                                                                                                  |
| 40. | Print to Digital Conversion Campaign                     | Not filed previously - filed on 10/16/25           | Arvig does not have a copy of this document and therefore reserves it rights to object to same.                                                                                                          |
| 41. | Prescott Contract Cancellations                          | Not filed previously - filed on 10/16/25           | Arvig objects to this because it is unauthenticated hearsay. It is not clear what this information is supposed to show, how it was generated, or what information was used to form the basis of this.    |

14

| 42. | Some record of repeat customers | Not filed previously - filed on 10/16/25 | Arvig does not have a copy of this document and therefore reserves it rights to object to same. |
|---|---|---|---|
| 43. | Lake Havasu Contracts Assigned to Cyd Beck | Not filed previously - filed on 10/16/25 | Arvig objects to this because it is unauthenticated hearsay. It is not clear what this information is supposed to show, how it was generated, or what information was used to form the basis of this. |
| 44. | Air Control Home Services N&N Contracts (2017-2024) | Not filed previously - filed on 10/16/25 | Arvig objects to this because it is unauthenticated hearsay. Moreover, the redactions make it difficult to determine what this exhibit is supposed to show and to permit Arvig a reasonable opportunity to examine its contents. |
| 45. | Barlett's Handyman Service N&N Contracts (2016-2024) | Not filed previously - filed on 10/16/25 | Arvig objects to this because it is unauthenticated hearsay. Moreover, the redactions make it difficult to determine what this exhibit is supposed to show and to permit Arvig a reasonable opportunity to examine its contents. |
| 46. | Cool Dude Air Conditioning & Heating N&N Contracts (2017-2024) | Not filed previously - filed on 10/16/25 | Arvig objects to this because it is unauthenticated hearsay. Moreover, the redactions make it difficult to determine what this exhibit is supposed to show and to permit Arvig a reasonable opportunity to examine its contents. |

| | | | |
|---|---|---|---|
| 47. | Rattlesnake Rentals N&N Contracts (2023-2024) | Not filed previously - filed on 10/16/25 | Arvig objects to this because it is unauthenticated hearsay. Moreover, the redactions make it difficult to determine what this exhibit is supposed to show and to permit Arvig a reasonable opportunity to examine its contents. |
| 48. | Air Control Home Services N&N Contracts (2017- 2024) | Not filed previously - filed on 10/16/25 | Arvig objects to this because it is unauthenticated hearsay. Moreover, the redactions make it difficult to determine what this exhibit is supposed to show and to permit Arvig a reasonable opportunity to examine its contents. |
| 49. | Dropped Contracts Assigned to Cyd Beck | Not filed previously - filed on 10/16/25 | Arvig objects to this as hearsay. |
| 50. | Arizona Coast Ear Nose Throat Allergy & Sleep (2016-2024) | Not filed previously - filed on 10/16/25 | Arvig objects to this because it is unauthenticated hearsay. |
| 51. | Cydni Beck's W2 2024 | Not filed previously - filed on 10/16/25 | None from Arvig. |
| 52. | Cydni Beck's Notes Re Lake Havasu Contracts | Not filed previously - filed on 10/16/25 | Arvig objects to this as hearsay. |

b. Defendants' Exhibits:

| | | | |
|---|---|---|---|
| 1. | Excerpt of Names and Numbers' Webpage | Exhibit 1 to Arvig's Response to Plaintiff's | None from Names and Numbers. |

16

|   |   |   |   |
|---|---|---|---|
|   |   | Motion for a Preliminary Injunction |   |
| 2. | Excerpt of Names and Numbers' Directory Page | Exhibit 2 to Arvig's Response to Plaintiff's Motion for a Preliminary Injunction | None from Names and Numbers. |
| 3. | Independent Contractor Agreement Between Cyd Beck and Arvig Enterprises, Inc. | Exhibit 3 to Arvig's Response to Plaintiff's Motion for a Preliminary Injunction | None from Names and Numbers. |
| 4. | Plaintiff's Tables Regarding Alleged Lost Business | Doc. 31-1 | None from Names and Numbers. |
| 5. | E-mail correspondence between Todd McKnight and Jeff Harris | Doc. 31-10 | Names and Numbers objects as this was an inadvertently-disclosed attorney-client communication that was immediately and specifically withdrawn through Doc. 34. |
| 6. | Complaint | Doc. 1 | None from Names and Numbers. |

2. As to the following exhibits, the parties have reached the following stipulations:

The parties stipulate to the admission of Plaintiff's Exhibits 1-5, 17, and 51.

3. As to the following exhibits, the party against whom the exhibit is to be offered objects to the admission of the exhibit and offers the objection stated below:

a. <u>Plaintiff's Objections</u>:

17

Names and Numbers objects to Arvig Media's Exhibit 5 as it was withdrawn in Doc. 34 as soon as Names and Numbers realized its error in attaching an email that included attorney-client privileged communications. As Names and Numbers acted quickly and reasonably, the privilege is preserved and this document cannot be made use of.

For the avoidance of doubt, Plaintiff has withdrawn Plaintiff's Exhibit Nos. 14 and 31 as duplicative.

Further, it is correct that Plaintiffs' Exhibit Nos. 40-52 were not disclosed prior to today; that said, they were disclosed and filed today, which is as soon as was practicable, in Docs. 35 and 36. Defendants' continued activities have led to continued disclosures.

b.     Defendants' Objections

Arvig's objections to Plaintiff's exhibits are stated above. To avoid waiver, Arvig restates the above objections as follows:

Hearsay: Exhibits 7-9, 11-13, 15-16, 20-21, 33-39, 52.

These exhibits are all, in some form, notes or e-mails that are being offered to prove the truth of the matter asserted. Internal e-mails among individuals at Names and Numbers are hearsay, as are the repeated statements about what clients allegedly said. As such, all of these documents are inadmissible.

Unauthenticated Hearsay: Exhibits 22-30, 41, 43-50.

These exhibits are expected to be presented as "business records" of Names and Numbers such that they are admissible under Rule 803(6) of the Federal Rules of Evidence. The problem is that, at this stage, they are not authenticated and there is no foundation for these exhibits. As such, without testimony to support the contents of these documents, it is unclear what they mean or purport to show. Exhibits 22-30, for example, are largely contracts that lack any date and are unexecuted. It is unclear whether these are truly records that are kept in the course and scope of the business. Likewise, some of the contracts here go back as far as 2014 and appear to be for a predecessor company. Finally, testimony is necessary to even decipher what these documents purport to show. As such, Arvig objects to the admission of these documents in the absence of testimony to provide the foundation and authentication necessary to admit these items.

Documents Not in Possession: Exhibits 10, 14, 31, 32, 42.

Arvig has not been provided with the above-listed exhibits and cannot reasonably object without knowing what the documents actually are.

. . .

Each party hereby acknowledges by signing this **joint** pre-hearing statement that any objections not specifically raised herein are waived

### E. DEPOSITIONS TO BE OFFERED

1. <u>Plaintiff's Deposition Testimony</u>:

No depositions have been taken yet, thus Plaintiff does not intend to use any deposition at the hearing.

2. <u>Defendants' Deposition Testimony</u>:

No depositions have been taken yet, thus Arvig does not intend to use any deposition at the hearing.

Each party hereby acknowledges by signing this **joint** pre-hearing statement that any deposition not listed as provided herein will not be allowed, absent good cause.

### F. ESTIMATED LENGTH OF HEARING

Six hours have been allotted for this hearing. Each party will receive equal time, and no additional time will be provided.

### G. PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

In accordance with the Court's Order (Doc. 24), the parties will file separate proposed findings of fact and conclusion of law, a proposed preliminary injunction, and a proposed bond amount.

Respectfully submitted on October 16, 2025.

**STINSON LLP**

By: s/ *Jeffrey D. Harris*
Jeffrey D. Harris
Annabel Barraza
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
*Attorneys for Plaintiff K.W. Brock Directories, Inc. aka Names and Numbers*

**JONES SKELTON & HOCHULI, PLC**

By: s/ *David Potts* (with permission)
David Potts
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant Arvig Enterprises, Inc.*